# EXHIBIT 5



RP-420-a/b-Use (9/08)

### NYS BOARD OF REAL PROPERTY SERVICES
### APPLICATION FOR REAL PROPERTY TAX EXEMPTION FOR
### NONPROFIT ORGANIZATIONS
### II – PROPERTY USE

| | |
|---|---|
| Watchtower Bible and Tract Society of New York, Inc. | 11-1753577 |
| 1 a.  Name of organization<br>25 Columbia Heights | 2.  Employer ID no<br>Richard D. Moake, Associate General Counsel |
| | 3a.  Name of contact person<br>845-306-3300 |
| Brooklyn, NY  11201 | |
| b.  Mailing address<br>199 Table Rock Road (formerly 155 Sterling Mine Rd.) | b.  Day telephone no. of contact person<br>845-282-2279 (cell) |
| | Evening telephone no.<br>rmoake@jw.org |
| Town of Ramapo, New York | |
| c.  Address of property | c.  E-mail address (optional) |

d.  Property identification (see tax bill or assessment roll) Tax map number or section/block/lot 838.14-1-1.1

4 a.  Has any part of this property been conveyed to another person or organization?  ☐ Yes  ☑ No
b.  Is the property or any part thereof under contract for sale?  ☐ Yes  ☑ No
c.  Is the property or any part thereof for sale?  ☐ Yes  ☑ No
d.  If answer to 4 a, b, or c is yes, give full details (indicate question letter): _____

5.  Name of grantee as set forth in deed by which property was acquired if different from answer to question 1.

6.  If the property was acquired within the last three (3) years, indicate:  Date of acquisition: February 27, 2009

Deed recording information – Book of Deeds: Recording in process.          Page: (copy of deed attached)

7.  Was the property acquired from anyone who has or had any interest in the owning organization (e.g., officer, director, employee, member, etc.)?  ☐ Yes  ☑ No

If yes, explain the relationship and circumstances of sale (including purchase price and terms of sale):

8.  Is the property mortgaged?  ☐ Yes  ☑ No

a.  If yes, does the holder of the mortgage presently (or did it formerly) have any interest in the owning organization?  ☐ Yes  ☑ No

b.  If answer to 8a is yes, explain the relationship and details of mortgage(s), original principal amount, principal currently outstanding, interest rate, original term of mortgage, term remaining: _____

(attach additional sheets if necessary)

**FOR ASSESSOR'S USE**

Assessing unit _____          County _____

City/Town _____          Village _____

School District _____

RP-420-a/b-Use (9/08)                                                                                                          2

9. Does any person or organization have a reversionary interest in this property?  ☐ Yes  ☑ No

   a. If yes, indicate name and address of such person and state terms of right of reverter: _____

   _____

   _____

10. Describe, in detail, use or uses of the property:  The intended uses of the property are as the headquarters
of Jehovah's Witnesses, the center for creating and writing Jehovah's Witnesses' religious literature, and the
administrative center for the Worldwide Order of Special Full-Time Servants of Jehovah's Witnesses (the religious order
used by Jehovah's Witnesses worldwide), whose members will provide the staff for and live at the facility.
      IF THE ORGANIZATION SEEKING EXEMPTION HAS INDICATED ONE OF ITS CORPORATE
      PURPOSES IS HOSPITAL IN QUESTION 2a. ON FORM RP-420-a-Org, ANSWER QUESTION 11.
                     IF NOT SKIP TO 12.

11. Are the premises or any portion thereof leased or otherwise occupied as professional offices?  ☐ Yes  ☐ No

   If yes, answer a through c.

   a.  The professional offices are leased or otherwise occupied by:  (1) ☐  members of the staff, e.g. doctors
      (2) ☐  professionals not on the staff of the hospital     (3) ☐  a combination of 1 and 2

   b.  If leased to members of the staff, are the offices used:  (1) ☐  solely for hospital related matters
      (2) ☐  for the private practice of the staff members   (3) ☐  a combination of 1 and 2

   c.  If not used solely for direct-hospital related purposes, what percentage of time and space are the offices
      used for direct hospital-related purposes, and what percentage of time and space are they used for private
      practice of the staff? _____

12. Is the property or any portion thereof regularly occupied by persons or organizations other than applicant?

      ☐ Yes  ☑ No

   If yes, answer a through d.

   a.  Name of occupant(s) _____

   b.  Use by occupant(s) (also indicate specific portion of property so occupied): _____
      _____

   c.  Term(s) of occupancy (e.g. one-year lease, month-to-month tenancy): _____
   d.  Amount of rental paid by occupant(s) _____

13. Is the property or any portion thereof <u>occasionally</u> used by persons or organizations other than the applicant?

      ☐ Yes  ☑ No

   If yes, state use and indicate specific portion of property used, frequency of use and fee charged or
   contributions received for use: _____
   _____

14. Are there any buildings or other improvements on the property?  ☐ Yes  ☑ No

   If yes, skip questions a through e.  If no, answer a-e and skip questions 15-16.

   a.  Use or uses of property if not described in question 10. _____
      _____

   b.  Are building or other improvements contemplated on this unimproved land?  ☑ Yes  ☐ No
      If yes, give full details including proposed use(s):  Buildings and improvements will provide offices for
      religious activities and residences and support services for resident members of Jehovah's Witnesses'
      religious order. See attached "Watchtower Development Architectural Site Plan."

RP-420-a/b-Use (9/08)                                                                                    3

    c.  Do the minutes of the organization contain a resolution(s) authorizing contemplated building or other
        improvements?  ☐ Yes  ☑ No  Evidence of internal approval is reflected by the Application for
        If yes, attach a copy of resolution(s).  CDRC Discussion dated and filed with the Town of Ramapo on
        February 2, 2009 (copy attached).

    d.  State detailed financial resources for contemplating buildings or other improvements (including
        building fund). Financing of the contemplated buildings will come from existing cash reserves and sale of
        selected properties from among the organization's multiple unencumbered buildings in Brooklyn, New York.

    e.  When will construction begin? As soon as necessary Town and other approvals for the development
        are obtained.

15.  Describe, briefly, the building(s) or other improvements: _____
    _____

    a.  Approximate acreage of land not underlying buildings or other improvements: _____

    b.  Use or uses of land referred to in 15a. if not described in question 10. _____
    _____

    c.  Are buildings or other improvements contemplated on this unimproved land?  ☐ Yes ☐ No

        If yes, give full details including proposed use(s): _____
    _____

    d.  Do the minutes of the organization contain a resolution authorizing contemplated buildings or other
        improvements?  ☐ Yes  ☐ No    If yes, attach copy of resolution(s)

    e.  State financial resources for contemplated buildings or other improvements (including building fund).
    _____
    _____

    f.  When will construction begin? _____

16.  Are there any unoccupied buildings or other improvements on this property?  ☐ Yes ☐ No

    a.  Date(s) they became unoccupied _____

    b.  Describe contemplated use(s) of the buildings or other improvements: _____
    _____
    _____

## VERIFICATION

State of New York
                    ss:
County of Putnam

Gary N. Breaux _____, being duly sworn, says that _he is the_ Assistant Secretary _____.
of the applicant organization, that the statements contained in this application (including the attached sheets
consisting of _22_ pages) are true and correct and complete, and that _he makes this application for real
property tax exemption as provided by law.

Subscribed and sworn to before me

this _27th_ day of _____February_____ 20_09_

_(signature)_

Signature of owner or authorized representative

_(signature)_

Commissioner of deeds or notary public

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County

## GENERAL INFORMATION AND FILING REQUIREMENTS

### 1. Tax exemption for nonprofit organizations under section 420-a or 420-b of the Real Property Tax Law

Real property owned by a corporation or association organized or conducted exclusively for religious, charitable, hospital, educational, moral or mental improvement of men, women or children, or for two or more such purposes, and used exclusively for carrying out thereupon one or more such purposes, is exempt from taxation pursuant to section 420-a.

Unless a municipally has chosen to make it taxable, real property owned by a corporation or association organized exclusively for bible, tract, benevolent, missionary, infirmary, public playground, scientific, literary, bar association, medical society, library, patriotic or historical purposes, for the development of good sportsmanship for persons under the age of eighteen years through the conduct of supervised athletic games, for the enforcement of laws relating to children or animals, or for two or more such purposes, and used exclusively for carrying out one or more such purposes, is exempt from taxation pursuant to section 420-b.

### 2. APPLICATION

A two-part application must be filed in each assessing unit in which exemption is sought: Form RP-420-b-Org (I-Organization purpose) and form RP-420-a/b-Use (II-Property use). One copy of Form RP-420-b-Org must be filed in each assessing unit. One copy of Form RP-420-a/b-Use must be filed in each assessing unit for each separately assessed parcel for which exemption is sought. Each year following the year in which exemption is granted on the basis of this application, renewal forms RP-420-a/b-Rnw-I and RP-420a/b-Rnw-II must be filed.

If you need more space for any item in the application, attach additional sheets and indicate the question(s) to which you are responding. Please give your name and employer identification number on all attachments. The assessor may request information in addition to the information contained in the application.

For purposes of section 420-a, the same forms may be used (except RP-420-a-Org replaces RP-420-b-Org). In the alternative, the owner may submit proof of exempt status to the assessor in whatever form is mutually acceptable.

### 3. Place of filing application

Application for exemption from city, town, or village taxes must be filed with the city, town, or village assessor. Application for exemption from county or school district taxes must be filed with the city or town assessor who prepares the assessment roll used in levying county or school taxes. In Nassau County, applications must be filed with the Nassau County Board of Assessors. In Tompkins County, applications must be filed with the Tompkins County Division of Assessment. **Do not file with the State Board of Real Property Services.**

### 4. Time of filing application

For purposes of section 420-b, the application must be filed in the assessor's office on or before the appropriate taxable status date. For purposes of section 420-a, the application should be filed on or before such date. In towns preparing their assessment roll in accordance with the schedule provided by the Real Property Tax Law, the taxable status date is March 1. In towns in Nassau County, the taxable status date is January 2. Westchester County towns have either a May 1 or June 1 taxable status date; contact the assessor. In villages and cities, the taxable status dates vary, and the appropriate assessor should be consulted for the correct date. In New York City, property acquired by an organization exempt pursuant to either of these sections may receive exemption as of the date of its acquisition; application for exemption should be filed promptly.

─────────────── **SPACE BELOW FOR ASSESSOR'S USE** ───────────────

Parcel identification no.(s)

_____     _____     _____

Applicant organization              Employer ID no.          Date application filed

Application   ☐ Approved   ☐ Disapproved

Assessed Valuation $_____  Taxable  $_____ Exempt

Documentary evidence presented: _____

_____     _____     _____

Assessing unit                      Assessor's signature                    Date

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 1 of 9

| 1 | 38.10-1-10 | 23 Sloat House Way | #1590 | Lot | 83B | 2/5/82 ON 4 |
|---|---|---|---|---|---|---|
| 2 | 38.10-1-11 | 21 Sloat House Way | #1590 | Lot | 84A | 2/5/82 ON 4 |
| 3 | 38.10-1-12 | 19 Sloat House Way | #1590 | Lot | 84B | 2/5/82 ON 4 |
| 4 | 38.10-1-13 | 17 Sloat House Way | #1590 | Lot | 85A | 2/5/82 ON 4 |
| 5 | 38.10-1-14 | 15 Sloat House Way | #1590 | Lot | 85B | 2/5/82 ON 4 |
| 6 | 38.10-1-15 | 11 Sloat House Way | #1590 | Lot | 86A | 2/5/82 ON 4 |
| 7 | 38.10-1-16 | 9 Sloat House Way | #1590 | Lot | 86B | 2/5/82 ON 4 |
| 8 | 38.10-1-17 | 7 Sloat House Way | #1590 | Lot | 87A | 2/5/82 ON 4 |
| 9 | 38.10-1-18 | 5 Sloat House Way | #1590 | Lot | 87B | 2/5/82 ON 4 |
| 10 | 38.10-1-19 | 3 Sloat House Way | #1590 | Lot | 88A | 2/5/82 ON 4 |
| 11 | 38.10-1-20 | 1 Sloat House Way | #1590 | Lot | 88B | 2/5/82 ON 4 |
| 12 | 38.10-1-21 | 2 Hamilton Place | #1590 | Lot | 1A | 2/5/82 ON 4 |
| 13 | 38.10-1-22 | 4 Hamilton Place | #1590 | Lot | 1B | 2/5/82 ON 4 |
| 14 | 38.10-1-23 | 6 Hamilton Place | #1590 | Lot | 2A | 2/5/82 ON 4 |
| 15 | 38.10-1-24 | 8 Hamilton Place | #1590 | Lot | 2B | 2/5/82 ON 4 |
| 16 | 38.10-1-25 | 14 Hamilton Place | #1590 | Lot | 3A | 2/5/82 ON 4 |
| 17 | 38.10-1-26 | 16 Hamilton Place | #1590 | Lot | 3B | 2/5/82 ON 4 |
| 18 | 38.10-1-27 | 20 Hamilton Place | #1590 | Lot | 4A | 2/5/82 ON 4 |
| 19 | 38.10-1-28 | 22 Hamilton Place | #1590 | Lot | 4B | 2/5/82 ON 4 |
| 20 | 38.10-1-29 | 24 Hamilton Place | #1590 | Lot | 5A | 2/5/82 ON 4 |
| 21 | 38.10-1-30 | 26 Hamilton Place | #1590 | Lot | 5B | 2/5/82 ON 4 |
| 22 | 38.10-1-31 | 28 Hamilton Place | #1590 | Lot | 6A | 2/5/82 ON 4 |
| 23 | 38.10-1-32 | 30 Hamilton Place | #1590 | Lot | 6B | 2/5/82 ON 4 |
| 24 | 38.10-1-33 | 32 Hamilton Place | #1590 | Lot | 7A | 2/5/82 ON 4 |
| 25 | 38.10-1-34 | 34 Hamilton Place | #1590 | Lot | 7B | 2/5/82 ON 4 |
| 26 | 38.10-1-35 | 25 Hamilton Place | #1590 | Lot | 9B | 2/5/82 ON 4 |
| 27 | 38.10-1-36 | 23 Hamilton Place | #1590 | Lot | 9A | 2/5/82 ON 4 |
| 28 | 38.10-1-37 | 21 Hamilton Place | #1590 | Lot | 10B | 2/5/82 ON 4 |
| 29 | 38.10-1-38 | 19 Hamilton Place | #1590 | Lot | 10A | 2/5/82 ON 4 |
| 30 | 38.10-1-39 | 17 Hamilton Place | #1590 | Lot | 11B | 2/5/82 ON 4 |
| 31 | 38.10-1-40 | 15 Hamilton Place | #1590 | Lot | 11A | 2/5/82 ON 4 |
| 32 | 38.10-1-41 | 11 Hamilton Place | #1590 | Lot | 12B | 2/5/82 ON 4 |
| 33 | 38.10-1-42 | 9 Hamilton Place | #1590 | Lot | 12A | 2/5/82 ON 4 |
| 34 | 38.10-1-43 | 7 Hamilton Place | #1590 | Lot | 13B | 2/5/82 ON 4 |
| 35 | 38.10-1-44 | 5 Hamilton Place | #1590 | Lot | 13A | 2/5/82 ON 4 |
| 36 | 38.10-1-45 | 3 Hamilton Place | #1590 | Lot | 14B | 2/5/82 ON 4 |
| 37 | 38.10-1-46 | 1 Hamilton Place | #1590 | Lot | 14A | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 2 of 9

| 38 | 38.10-1-47 | 6 Lorterdan Crossing | #1590 | Lot | 15A | 2/5/82 ON 4 |
|----|------------|----------------------|-------|-----|------|-------------|
| 39 | 38.10-1-48 | 8 Lorterdan Crossing | #1590 | Lot | 15B | 2/5/82 ON 4 |
| 40 | 38.10-1-49 | 10 Lorterdan Crossing | #1590 | Lot | 16A | 2/5/82 ON 4 |
| 41 | 38.10-1-50 | 12 Lorterdan Crossing | #1590 | Lot | 16B | 2/5/82 ON 4 |
| 42 | 38.10-1-51 | 14 Lorterdan Crossing | #1590 | Lot | 17A | 2/5/82 ON 4 |
| 43 | 38.10-1-52 | 17 Lorterdan Crossing | #1590 | Lot | 93A | 2/5/82 ON 4 |
| 44 | 38.10-1-53 | 15 Lorterdan Crossing | #1590 | Lot | 92B | 2/5/82 ON 4 |
| 45 | 38.10-1-54 | 11 Lorterdan Crossing | #1590 | Lot | 92A | 2/5/82 ON 4 |
| 46 | 38.10-1-55 | 2 Sloat House Way | #1590 | Lot | 89A | 2/5/82 ON 4 |
| 47 | 38.10-1-56 | 4 Sloat House Way | #1590 | Lot | 89B | 2/5/82 ON 4 |
| 48 | 38.10-1-57 | 6 Sloat House Way | #1590 | Lot | 90B | 2/5/82 ON 4 |
| 49 | 38.10-1-58 | 8 Sloat House Way | #1590 | Lot | 90A | 2/5/82 ON 4 |
| 50 | 38.10-1-59 | 10 Sloat House Way | #1590 | Lot | 91B | 2/5/82 ON 4 |
| 51 | 38.10-1-60 | 12 Sloat House Way | #1590 | Lot | 91A | 2/5/82 ON 4 |
| 52 | 38.13-1-2 | 84 Potake Lane | #1590 | Lot | 132B | 2/5/82 ON 4 |
| 53 | 38.13-1-3 | 82 Potake Lane | #1590 | Lot | 132A | 2/5/82 ON 4 |
| 54 | 38.13-1-4 | 65 Potake Lane | #1590 | Lot | 61B | 2/5/82 ON 4 |
| 55 | 38.13-1-5 | 63 Potake Lane | #1590 | Lot | 62A | 2/5/82 ON 4 |
| 56 | 38.13-1-6 | 61 Old Potake Lane | #1590 | Lot | 62B | 2/5/82 ON 4 |
| 57 | 38.13-1-7 | 55 Old Potake Lane | #1590 | Lot | 63A | 2/5/82 ON 4 |
| 58 | 38.13-1-8 | 53 Old Potake Lane | #1590 | Lot | 63B | 2/5/82 ON 4 |
| 59 | 38.13-1-9 | 43 Nakoma Brook Circle | #1590 | Lot | 64A | 2/5/82 ON 4 |
| 60 | 38.13-1-10 | 41 Nakoma Brook Circle | #1590 | Lot | 64B | 2/5/82 ON 4 |
| 61 | 38.13-1-11 | 39 Nakoma Brook Circle | #1590 | Lot | 65A | 2/5/82 ON 4 |
| 62 | 38.13-1-12 | 37 Nakoma Brook Circle | #1590 | Lot | 65B | 2/5/82 ON 4 |
| 63 | 38.13-1-13 | 35 Nakoma Brook Circle | #1590 | Lot | 66A | 2/5/82 ON 4 |
| 64 | 38.13-1-14 | 33 Nakoma Brook Circle | #1590 | Lot | 66B | 2/5/82 ON 4 |
| 65 | 38.13-1-15 | 31 Nakoma Brook Circle | #1590 | Lot | 67A | 2/5/82 ON 4 |
| 66 | 38.13-1-16 | 29 Nakoma Brook Circle | #1590 | Lot | 67B | 2/5/82 ON 4 |
| 67 | 38.13-1-17 | 27 Nakoma Brook Circle | #1590 | Lot | 68A | 2/5/82 ON 4 |
| 68 | 38.13-1-18 | 25 Nakoma Brook Circle | #1590 | Lot | 68B | 2/5/82 ON 4 |
| 69 | 38.13-1-19 | 23 Nakoma Brook Circle | #1590 | Lot | 69A | 2/5/82 ON 4 |
| 70 | 38.13-1-20 | 21 Nakoma Brook Circle | #1590 | Lot | 69B | 2/5/82 ON 4 |
| 71 | 38.13-1-21 | 19 Nakoma Brook Circle | #1590 | Lot | 70A | 2/5/82 ON 4 |
| 72 | 38.13-1-22 | 17 Nakoma Brook Circle | #1590 | Lot | 70B | 2/5/82 ON 4 |
| 73 | 38.13-1-23 | 15 Nakoma Brook Circle | #1590 | Lot | 71A | 2/5/82 ON 4 |
| 74 | 38.13-1-24 | 11 Nakoma Brook Circle | #1590 | Lot | 71B | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 3 of 9

| 75 | 38.13-1-25 | 9 Nakoma Brook Circle | #1590 | Lot | 72A | 2/5/82 ON 4 |
| 76 | 38.13-1-26 | 7 Nakoma Brook Circle | #1590 | Lot | 72B | 2/5/82 ON 4 |
| 77 | 38.13-1.27 | 5 Nakoma Brook Circle | #1590 | Lot | 73A | 2/5/82 ON 4 |
| 78 | 38.13-1-28 | 5 & 7 Nakoma Brook Circle | #1590 | Lot | 142A | 2/5/82 ON 4 |
| 79 | 38.13-1-29 | 9 & 11 Nakoma Brook Circle | #1590 | Lot | 142B | 2/5/82 ON 4 |
| 80 | 38.13-1-30 | 15 & 17 Nakoma Brook Circle | #1590 | Lot | 143A | 2/5/82 ON 4 |
| 81 | 38.13-1-31 | 19 & 21 Nakoma Brook Circle | #1590 | Lot | 143B | 2/5/82 ON 4 |
| 82 | 38.13-1-32 | 23 & 25 Nakoma Brook Circle | #1590 | Lot | 144A | 2/5/82 ON 4 |
| 83 | 38.13-1-33 | 27 & 29 Nakoma Brook Circle | #1590 | Lot | 144B | 2/5/82 ON 4 |
| 84 | 38.13-1-34 | 31 & 33 Nakoma Brook Circle | #1590 | Lot | 145A | 2/5/82 ON 4 |
| 85 | 38.13-1-35 | 35 & 37 Nakoma Brook Circle | #1590 | Lot | 145B | 2/5/82 ON 4 |
| 86 | 38.13-1-36 | 39 & 41 Nakoma Brook Circle | #1590 | Lot | 146A | 2/5/82 ON 4 |
| 87 | 38.13-1-37 | 43 & 45 Nakoma Brook Circle | #1590 | Lot | 146B | 2/5/82 ON 4 |
| 88 | 38.13-1-38 | 51 Nakoma Brook Circle | #1590 | Lot | 136A | 2/5/82 ON 4 |
| 89 | 38.13-1-39 | 49 Old Potake Lane | #1590 | Lot | 136B | 2/5/82 ON 4 |
| 90 | 38.13-1-40 | 47 Old Potake Lane | #1590 | Lot | 137A | 2/5/82 ON 4 |
| 91 | 38.13-1-41 | 45 Old Potake Lane | #1590 | Lot | 137B | 2/5/82 ON 4 |
| 92 | 38.13-1-42 | 43 Old Potake Lane | #1590 | Lot | 138A | 2/5/82 ON 4 |
| 93 | 38.13-1-43 | 41 Old Potake Lane | #1590 | Lot | 138B | 2/5/82 ON 4 |
| 94 | 38.13-1-44 | 39 Old Potake Lane | #1590 | Lot | 139A | 2/5/82 ON 4 |
| 95 | 38.13-1-45 | 37 Old Potake Lane | #1590 | Lot | 139B | 2/5/82 ON 4 |
| 96 | 38.13-1-46 | 35 Old Potake Lane | #1590 | Lot | 140A | 2/5/82 ON 4 |
| 97 | 38.13-1-47 | 33 Old Potake Lane | #1590 | Lot | 140B | 2/5/82 ON 4 |
| 98 | 38.13-1-48 | 31 Old Potake Lane | #1590 | Lot | 141A | 2/5/82 ON 4 |
| 99 | 38.13-1-49 | 29 Old Potake Lane | #1590 | Lot | 141B | 2/5/82 ON 4 |
| 100 | 38.13-1-50 | 40 Old Potake Lane | #1590 | Lot | 135B | 2/5/82 ON 4 |
| 101 | 38.13-1-51 | 42 Old Potake Lane | #1590 | Lot | 135A | 2/5/82 ON 4 |
| 102 | 38.13-1-52 | 44 Old Potake Lane | #1590 | Lot | 134B | 2/5/82 ON 4 |
| 103 | 38.13-1-53 | 46 Old Potake Lane | #1590 | Lot | 134A | 2/5/82 ON 4 |
| 104 | 38.13-1-54 | 52 Old Potake Lane | #1590 | Lot | 133B | 2/5/82 ON 4 |
| 105 | 38.13-1-55 | 54 Old Potake Lane | #1590 | Lot | 133A | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 4 of 9

| 106 | 38.14-1-2 | 141 Lorterdan Crossing | #1590 | Lot | 123B | 2/5/82 ON 4 |
|-----|-----------|------------------------|-------|-----|------|-------------|
| 107 | 38.14-1-3 | 139 Lorterdan Crossing | #1590 | Lot | 123A | 2/5/82 ON 4 |
| 108 | 38.14-1-4 | 137 Lorterdan Crossing | #1590 | Lot | 122B | 2/5/82 ON 4 |
| 109 | 38.14-1-5 | 135 Lorterdan Crossing | #1590 | Lot | 122A | 2/5/82 ON 4 |
| 110 | 38.14-1-6 | 133 Lorterdan Crossing | #1590 | Lot | 121B | 2/5/82 ON 4 |
| 111 | 38.14-1-7 | 131 Lorterdan Crossing | #1590 | Lot | 121A | 2/5/82 ON 4 |
| 112 | 38.14-1-8 | 129 Lorterdan Crossing | #1590 | Lot | 120B | 2/5/82 ON 4 |
| 113 | 38.14-1-9 | 127 Lorterdan Crossing | #1590 | Lot | 120A | 2/5/82 ON 4 |
| 114 | 38.14-1-10 | 125 Lorterdan Crossing | #1590 | Lot | 119B | 2/5/82 ON 4 |
| 115 | 38.14-1-11 | 123 Lorterdan Crossing | #1590 | Lot | 119A | 2/5/82 ON 4 |
| 116 | 38.14-1-12 | 121 Lorterdan Crossing | #1590 | Lot | 118B | 2/5/82 ON 4 |
| 117 | 38.14-1-13 | 119 Lorterdan Crossing | #1590 | Lot | 118A | 2/5/82 ON 4 |
| 118 | 38.14-1-14 | 117 Lorterdan Crossing | #1590 | Lot | 117B | 2/5/82 ON 4 |
| 119 | 38.14-1-15 | 115 Lorterdan Crossing | #1590 | Lot | 117A | 2/5/82 ON 4 |
| 120 | 38.14-1-16 | 111 Lorterdan Crossing | #1590 | Lot | 116B | 2/5/82 ON 4 |
| 121 | 38.14-1-17 | 109 Lorterdan Crossing | #1590 | Lot | 116A | 2/5/82 ON 4 |
| 122 | 38.14-1-18 | 107 Lorterdan Crossing | #1590 | Lot | 115B | 2/5/82 ON 4 |
| 123 | 38.14-1-19 | 105 Lorterdan Crossing | #1590 | Lot | 115A | 2/5/82 ON 4 |
| 124 | 38.14-1-20 | 103 Lorterdan Crossing | #1590 | Lot | 114B | 2/5/82 ON 4 |
| 125 | 38.14-1-21 | 101 Lorterdan Crossing | #1590 | Lot | 114B | 2/5/82 ON 4 |
| 126 | 38.14-1-22 | 81 Lorterdan Crossing | #1590 | Lot | 113B | 2/5/82 ON 4 |
| 127 | 38.14-1-23 | 79 Lorterdan Crossing | #1590 | Lot | 113A | 2/5/82 ON 4 |
| 128 | 38.14-1-24 | 77 Lorterdan Crossing | #1590 | Lot | 112B | 2/5/82 ON 4 |
| 129 | 38.14-1-25 | 75 Lorterdan Crossing | #1590 | Lot | 112A | 2/5/82 ON 4 |
| 130 | 38.14-1-26 | 73 Lorterdan Crossing | #1590 | Lot | 111B | 2/5/82 ON 4 |
| 131 | 38.14-1-27 | 71 Lorterdan Crossing | #1590 | Lot | 111A | 2/5/82 ON 4 |
| 132 | 38.14-1-28 | 69 Lorterdan Crossing | #1590 | Lot | 110B | 2/5/82 ON 4 |
| 133 | 38.14-1-29 | 67 Lorterdan Crossing | #1590 | Lot | 110A | 2/5/82 ON 4 |
| 134 | 38.14-1-30 | 65 Lorterdan Crossing | #1590 | Lot | 109B | 2/5/82 ON 4 |
| 135 | 38.14-1-31 | 63 Lorterdan Crossing | #1590 | Lot | 109A | 2/5/82 ON 4 |
| 136 | 38.14-1-32 | 61 Lorterdan Crossing | #1590 | Lot | 108B | 2/5/82 ON 4 |
| 137 | 38.14-1-33 | 59 Lorterdan Crossing | #1590 | Lot | 108A | 2/5/82 ON 4 |
| 138 | 38.14-1-34 | 57 Lorterdan Crossing | #1590 | Lot | 107B | 2/5/82 ON 4 |
| 139 | 38.14-1-35 | 55 Lorterdan Crossing | #1590 | Lot | 107A | 2/5/82 ON 4 |
| 140 | 38.14-1-36 | 53 Lorterdan Crossing | #1590 | Lot | 106B | 2/5/82 ON 4 |
| 141 | 38.14-1-37 | 51 Lorterdan Crossing | #1590 | Lot | 106A | 2/5/82 ON 4 |
| 142 | 38.14-1-38 | 49 Lorterdan Crossing | #1590 | Lot | 105B | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 5 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 143 | 38.14-1-39 | 47 Lorterdan Crossing | #1590 | Lot | 105A | 2/5/82 ON 4 |
| 144 | 38.14-1-40 | 45 Lorterdan Crossing | #1590 | Lot | 104B | 2/5/82 ON 4 |
| 145 | 38.14-1-41 | 43 Lorterdan Crossing | #1590 | Lot | 104A | 2/5/82 ON 4 |
| 146 | 38.14-1-42 | 41 Lorterdan Crossing | #1590 | Lot | 103B | 2/5/82 ON 4 |
| 147 | 38.14-1-43 | 39 Lorterdan Crossing | #1590 | Lot | 103A | 2/5/82 ON 4 |
| 148 | 38.14-1-44 | 29 Lorterdan Crossing | #1590 | Lot | 102B | 2/5/82 ON 4 |
| 149 | 38.14-1-45 | 27 Lorterdan Crossing | #1590 | Lot | 102A | 2/5/82 ON 4 |
| 150 | 38.14-1-46 | 30 Lorterdan Crossing | #1590 | Lot | 21A | 2/5/82 ON 4 |
| 151 | 38.14-1-47 | 32 Lorterdan Crossing | #1590 | Lot | 21B | 2/5/82 ON 4 |
| 152 | 38.14-1-48 | 34 Lorterdan Crossing | #1590 | Lot | 22A | 2/5/82 ON 4 |
| 153 | 38.14-1-49 | 36 Lorterdan Crossing | #1590 | Lot | 22B | 2/5/82 ON 4 |
| 154 | 38.14-1-50 | 38 Lorterdan Crossing | #1590 | Lot | 23A | 2/5/82 ON 4 |
| 155 | 38.14-1-51 | 40 Lorterdan Crossing | #1590 | Lot | 23B | 2/5/82 ON 4 |
| 156 | 38.14-1-52 | 44 Lorterdan Crossing | #1590 | Lot | 24A | 2/5/82 ON 4 |
| 157 | 38.14-1-53 | 46 Lorterdan Crossing | #1590 | Lot | 24B | 2/5/82 ON 4 |
| 158 | 38.14-1-54 | 48 Lorterdan Crossing | #1590 | Lot | 25A | 2/5/82 ON 4 |
| 159 | 38.14-1-55 | 50 Lorterdan Crossing | #1590 | Lot | 25B | 2/5/82 ON 4 |
| 160 | 38.14-1-56 | 52 Lorterdan Crossing | #1590 | Lot | 26A | 2/5/82 ON 4 |
| 161 | 38.14-1-57 | 54 Lorterdan Crossing | #1590 | Lot | 26B | 2/5/82 ON 4 |
| 162 | 38.14-1-58 | 56 Lorterdan Crossing | #1590 | Lot | 27A | 2/5/82 ON 4 |
| 163 | 38.14-1-59 | 58 Lorterdan Crossing | #1590 | Lot | 27B | 2/5/82 ON 4 |
| 164 | 38.14-1-60 | 60 Lorterdan Crossing | #1590 | Lot | 28A | 2/5/82 ON 4 |
| 165 | 38.14-1-61 | 62 Lorterdan Crossing | #1590 | Lot | 28B | 2/5/82 ON 4 |
| 166 | 38.14-1-62 | 64 Lorterdan Crossing | #1590 | Lot | 29A | 2/5/82 ON 4 |
| 167 | 38.14-1-63 | 66 Lorterdan Crossing | #1590 | Lot | 29B | 2/5/82 ON 4 |
| 168 | 38.14-1-64 | 68 Lorterdan Crossing | #1590 | Lot | 30A | 2/5/82 ON 4 |
| 169 | 38.14-1-65 | 70 Lorterdan Crossing | #1590 | Lot | 30B | 2/5/82 ON 4 |
| 170 | 38.14-1-66 | 72 Lorterdan Crossing | #1590 | Lot | 31A | 2/5/82 ON 4 |
| 171 | 38.14-1-67 | 74 Lorterdan Crossing | #1590 | Lot | 31B | 2/5/82 ON 4 |
| 172 | 38.14-1-68 | 76 Lorterdan Crossing | #1590 | Lot | 32A | 2/5/82 ON 4 |
| 173 | 38.14-1-69 | 78 Lorterdan Crossing | #1590 | Lot | 32B | 2/5/82 ON 4 |
| 174 | 38.14-1-70 | 80 Lorterdan Crossing | #1590 | Lot | 33A | 2/5/82 ON 4 |
| 175 | 38.14-1-71 | 82 Lorterdan Crossing | #1590 | Lot | 33B | 2/5/82 ON 4 |
| 176 | 38.14-1-72 | 84 Lorterdan Crossing | #1590 | Lot | 34A | 2/5/82 ON 4 |
| 177 | 38.14-1-73 | 86 Lorterdan Crossing | #1590 | Lot | 34B | 2/5/82 ON 4 |
| 178 | 38.14-1-74 | 88 Lorterdan Crossing | #1590 | Lot | 35A | 2/5/82 ON 4 |
| 179 | 38.14-1-75 | 90 Lorterdan Crossing | #1590 | Lot | 35B | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 6 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 180 | 38.14-2-1 | 116 Old Potake Lane | #1590 | Lot | 124A | 2/5/82 ON 4 |
| 181 | 38.14-2-2 | 114 Old Potake Lane | #1590 | Lot | 124B | 2/5/82 ON 4 |
| 182 | 38.14-2-3 | 112 Old Potake Lane | #1590 | Lot | 125A | 2/5/82 ON 4 |
| 183 | 38.14-2-4 | 110 Old Potake Lane | #1590 | Lot | 125B | 2/5/82 ON 4 |
| 184 | 38.14-2-5 | 108 Old Potake Lane | #1590 | Lot | 126A | 2/5/82 ON 4 |
| 185 | 38.14-2-6 | 106 Old Potake Lane | #1590 | Lot | 126B | 2/5/82 ON 4 |
| 186 | 38.14-2-7 | 104 Old Potake Lane | #1590 | Lot | 127A | 2/5/82 ON 4 |
| 187 | 38.14-2-8 | 102 Old Potake Lane | #1590 | Lot | 127B | 2/5/82 ON 4 |
| 188 | 38.14-2-9 | 100 Old Potake Lane | #1590 | Lot | 128A | 2/5/82 ON 4 |
| 189 | 38.14-2-10 | 98 Old Potake Lane | #1590 | Lot | 128B | 2/5/82 ON 4 |
| 190 | 38.14-2-11 | 96 Old Potake Lane | #1590 | Lot | 129A | 2/5/82 ON 4 |
| 191 | 38.14-2-12 | 94 Old Potake Lane | #1590 | Lot | 129B | 2/5/82 ON 4 |
| 192 | 38.14-2-13 | 92 Old Potake Lane | #1590 | Lot | 130A | 2/5/82 ON 4 |
| 193 | 38.14-2-14 | 90 Old Potake Lane | #1590 | Lot | 130B | 2/5/82 ON 4 |
| 194 | 38.14-2-15 | 88 Old Potake Lane | #1590 | Lot | 131A | 2/5/82 ON 4 |
| 195 | 38.14-2-16 | 86 Old Potake Lane | #1590 | Lot | 131B | 2/5/82 ON 4 |
| 196 | 38.14-2-17 | 87 Old Potake Lane | #1590 | Lot | 49B | 2/5/82 ON 4 |
| 197 | 38.14-2-18 | 89 Old Potake Lane | #1590 | Lot | 49A | 2/5/82 ON 4 |
| 198 | 38.14-2-19 | 91 Old Potake Lane | #1590 | Lot | 48B | 2/5/82 ON 4 |
| 199 | 38.14-2-20 | 93 Old Potake Lane | #1590 | Lot | 48A | 2/5/82 ON 4 |
| 200 | 38.14-2-21 | 95 Old Potake Lane | #1590 | Lot | 47B | 2/5/82 ON 4 |
| 201 | 38.14-2-22 | 97 Old Potake Lane | #1590 | Lot | 47A | 2/5/82 ON 4 |
| 202 | 38.14-2-23 | 99 Old Potake Lane | #1590 | Lot | 46B | 2/5/82 ON 4 |
| 203 | 38.14-2-24 | 101 Old Potake Lane | #1590 | Lot | 46A | 2/5/82 ON 4 |
| 204 | 38.14-2-25 | 103 Old Potake Lane | #1590 | Lot | 45B | 2/5/82 ON 4 |
| 205 | 38.14-2-26 | 105 Old Potake Lane | #1590 | Lot | 45A | 2/5/82 ON 4 |
| 206 | 38.14-2-27 | 107 Old Potake Lane | #1590 | Lot | 44B | 2/5/82 ON 4 |
| 207 | 38.14-2-28 | 109 Old Potake Lane | #1590 | Lot | 44A | 2/5/82 ON 4 |
| 208 | 38.14-2-29 | 111 Old Potake Lane | #1590 | Lot | 43B | 2/5/82 ON 4 |
| 209 | 38.14-2-30 | 115 Old Potake Lane | #1590 | Lot | 43A | 2/5/82 ON 4 |
| 210 | 38.14-2-31 | 117 Old Potake Lane | #1590 | Lot | 42B | 2/5/82 ON 4 |
| 211 | 38.14-2-32 | 119 Old Potake Lane | #1590 | Lot | 42A | 2/5/82 ON 4 |
| 212 | 38.14-2-33 | 121 Old Potake Lane | #1590 | Lot | 41B | 2/5/82 ON 4 |
| 213 | 38.14-2-34 | 123 Old Potake Lane | #1590 | Lot | 41A | 2/5/82 ON 4 |
| 214 | 38.14-2-35 | 114 Lorterdan Crossing | #1590 | Lot | 40B | 2/5/82 ON 4 |
| 215 | 38.14-2-36 | 112 Loterdan Crossing | #1590 | Lot | 40A | 2/5/82 ON 4 |
| 216 | 38.14-2-37 | 110 Lorterdan Crossing | #1590 | Lot | 39B | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 7 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 217 | 38.14-2-38 | 108 Lorterdan Crossing | #1590 | Lot | 39A | 2/5/82 ON 4 |
| 218 | 38.14-2-39 | 106 Lorterdan Crossing | #1590 | Lot | 38B | 2/5/82 ON 4 |
| 219 | 38.14-2-40 | 104 Lorterdan Crossing | #1590 | Lot | 38A | 2/5/82 ON 4 |
| 220 | 38.14-2-41 | 102 Lorterdan Crossing | #1590 | Lot | 37B | 2/5/82 ON 4 |
| 221 | 38.14-2-42 | 100 Lorterdon Crossing | #1590 | Lot | 37A | 2/5/82 ON 4 |
| 222 | 38.14-2-43 | 98 Lorterdan Crossing | #1590 | Lot | 36B | 2/5/82 ON 4 |
| 223 | 38.14-2-44 | 96 Lorterdan Crossing | #1590 | Lot | 36A | 2/5/82 ON 4 |
| 224 | 38.14-3-1 | 3 Nakoma Brook Circle | #1590 | Lot | 73B | 2/5/82 ON 4 |
| 225 | 38.14-3-2 | 27 Old Potake Lane | #1590 | Lot | 74A | 2/5/82 ON 4 |
| 226 | 38.14-3-3 | 25 Old Potake Lane | #1590 | Lot | 74B | 2/5/82 ON 4 |
| 227 | 38.14-3-4 | 23 Old Potake Lane | #1590 | Lot | 75A | 2/5/82 ON 4 |
| 228 | 38.14-3-5 | 21 Old Potake Lane | #1590 | Lot | 75B | 2/5/82 ON 4 |
| 229 | 38.14-3-6 | 17 Old Potake Lane | #1590 | Lot | 76A | 2/5/82 ON 4 |
| 230 | 38.14-3-7 | 17 Old Potake Lane | #1590 | Lot | 76B | 2/5/82 ON 4 |
| 231 | 38.14-3-8 | 15 Old Potake Lane | #1590 | Lot | 77A | 2/5/82 ON 4 |
| 232 | 38.14-3-9 | 11 Old Potake Lane | #1590 | Lot | 77B | 2/5/82 ON 4 |
| 233 | 38.14-3-10 | 9 Old Potake Lane | #1590 | Lot | 78A | 2/5/82 ON 4 |
| 234 | 38.14-3-11 | 7 Old Potake Lane | #1590 | Lot | 78B | 2/5/82 ON 4 |
| 235 | 38.14-3-12 | 41 Sloat House Way | #1590 | Lot | 79A | 2/5/82 ON 4 |
| 236 | 38.14-3-13 | 39 Sloat House Way | #1590 | Lot | 79B | 2/5/82 ON 4 |
| 237 | 38.14-3-14 | 37 Sloat House Way | #1590 | Lot | 80A | 2/5/82 ON 4 |
| 238 | 38.14-3-15 | 35 Sloat House Way | #1590 | Lot | 80B | 2/5/82 ON 4 |
| 239 | 38.14-3-16 | 33 Sloat House Way | #1590 | Lot | 81A | 2/5/82 ON 4 |
| 240 | 38.14-3-17 | 31 Sloat House Way | #1590 | Lot | 81B | 2/5/82 ON 4 |
| 241 | 38.14-3-18 | 29 Sloat House Way | #1590 | Lot | 82A | 2/5/82 ON 4 |
| 242 | 38.14-3-19 | 27 Sloat House Way | #1590 | Lot | 82B | 2/5/82 ON 4 |
| 243 | 38.14-3-20 | 25 Sloat House Way | #1590 | Lot | 83A | 2/5/82 ON 4 |
| 244 | 38.14-3-21 | 24 Sloat House Way | #1590 | Lot | 101B | 2/5/82 ON 4 |
| 245 | 38.14-3-22 | 26 Sloat House Way | #1590 | Lot | 101A | 2/5/82 ON 4 |
| 246 | 38.14-3-23 | 28 Sloat House Way | #1590 | Lot | 100B | 2/5/82 ON 4 |
| 247 | 38.14-3-24 | 30 Sloat House Way | #1590 | Lot | 100A | 2/5/82 ON 4 |
| 248 | 38.14-3-25 | 134 Lorterdan Crossing | #1590 | Lot | 99B | 2/5/82 ON 4 |
| 249 | 38.14-3-26 | 136 Lorterdan Crossing | #1590 | Lot | 99A | 2/5/82 ON 4 |
| 250 | 38.14-3-27 | 138 Lorterdan Crossing | #1590 | Lot | 98B | 2/5/82 ON 4 |
| 251 | 38.14-3-28 | 140 Lorterdan Crossing | #1590 | Lot | 98A | 2/5/82 ON 4 |
| 252 | 38.14-3-29 | 142 Lorterdan Crossing | #1590 | Lot | 97B | 2/5/82 ON 4 |
| 253 | 38.14-3-30 | 144 Lorterdan Crossing | #1590 | Lot | 97A | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 8 of 9

| | | | | | | |
|---|---|---|---|---|---|---|
| 254 | 38.14-3-31 | 148 Lorterdan Crossing | #1590 | Lot | 96B | 2/5/82 ON 4 |
| 255 | 38.14-3-32 | 150 Lorterdan Crossing | #1590 | Lot | 96A | 2/5/82 ON 4 |
| 256 | 38.14-3-33 | 152 Lorterdan Crossing | #1590 | Lot | 95B | 2/5/82 ON 4 |
| 257 | 38.14-3-34 | 154 Lorterdan Crossing | #1590 | Lot | 95A | 2/5/82 ON 4 |
| 258 | 38.14-3-35 | 28 Lorterdan Crossing | #1590 | Lot | 20B | 2/5/82 ON 4 |
| 259 | 38.14-3-36 | 26 Lorterdan Crossing | #1590 | Lot | 20A | 2/5/82 ON 4 |
| 260 | 38.14-3-37 | 24 Lorterdan Crossing | #1590 | Lot | 19B | 2/5/82 ON 4 |
| 261 | 38.14-3-38 | 22 Lorterdan Crossing | #1590 | Lot | 19A | 2/5/82 ON 4 |
| 262 | 38.14-3-39 | 20 Lorterdan Crossing | #1590 | Lot | 18B | 2/5/82 ON 4 |
| 263 | 38.14-3-40 | 18 Lorterdan Crossing | #1590 | Lot | 18A | 2/5/82 ON 4 |
| 264 | 38.14-3-41 | 29 Hamilton Place | #1590 | Lot | 8A | 2/5/82 ON 4 |
| 265 | 38.14-3-42 | 27 Hamilton Place | #1590 | Lot | 8B | 2/5/82 ON 4 |
| 266 | 38.14-3-43 | 16 Lorterdan Crossing | #1590 | Lot | 17B | 2/5/82 ON 4 |
| 267 | 38.14-3-44 | 19 Lorterdan Crossing | #1590 | Lot | 93B | 2/5/82 ON 4 |
| 268 | 38.14-3-45 | 21 Lorterdan Crossing | #1590 | Lot | 94A | 2/5/82 ON 4 |
| 269 | 38.14-3-46 | 23 Lorterdan Crossing | #1590 | Lot | 94B | 2/5/82 ON 4 |
| 270 | 38.17-1-3 | 67 Old Potake Lane | #1590 | Lot | 61A | 2/5/82 ON 4 |
| 271 | 38.17-1-4 | 69 Old Potake Lane | #1590 | Lot | 60B | 2/5/82 ON 4 |
| 272 | 38.17-1-5 | 71 Old Potake Lanee | #1590 | Lot | 60A | 2/5/82 ON 4 |
| 273 | 38.17-1-6 | 73 Old Potake Lane | #1590 | Lot | 59B | 2/5/82 ON 4 |
| 274 | 38.17-1-7 | 75 Old Potake Lane | #1590 | Lot | 59A | 2/5/82 ON 4 |
| 275 | 38.17-1-8 | 79 Old Potake Lane | #1590 | Lot | 58B | 2/5/82 ON 4 |
| 276 | 38.17-1-9 | 81 Old Potake Lane | #1590 | Lot | 58A | 2/5/82 ON 4 |
| 277 | 38.17-1-10 | 83 Old Potake Lane | #1590 | Lot | 57B | 2/5/82 ON 4 |
| 278 | 38.17-1-11 | 85 Old Potake Lane | #1590 | Lot | 57A | 2/5/82 ON 4 |
| 279 | 38.18-1-1 | 6 New Wood Road | #1590 | Lot | 56B | 2/5/82 ON 4 |
| 280 | 38.18-1-2 | 7 New Wood Road | #1590 | Lot | 56A | 2/5/82 ON 4 |
| 281 | 38.18-1-3 | 9 New Wood Road | #1590 | Lot | 55B | 2/5/82 ON 4 |
| 282 | 38.18-1-4 | 11 New Wood Road | #1590 | Lot | 55A | 2/5/82 ON 4 |
| 283 | 38.18-1-5 | 15 New Wood Road | #1590 | Lot | 54B | 2/5/82 ON 4 |
| 284 | 38.18-1-6 | 17 New Wood Road | #1590 | Lot | 54A | 2/5/82 ON 4 |
| 285 | 38.18-1-7 | 19 New Wood Road | #1590 | Lot | 53B | 2/5/82 ON 4 |
| 286 | 38.18-1-8 | 21 New Wood Road | #1590 | Lot | 53A | 2/5/82 ON 4 |
| 287 | 38.18-1-9 | 16 New Wood Road | #1590 | Lot | 52B | 2/5/82 ON 4 |
| 288 | 38.18-1-10 | 14 New Wood Road | #1590 | Lot | 52A | 2/5/82 ON 4 |
| 289 | 38.18-1-11 | 12 New Wood Road | #1590 | Lot | 51B | 2/5/82 ON 4 |
| 290 | 38.18-1-12 | 10 New Wood Road | #1590 | Lot | 51A | 2/5/82 ON 4 |

Attachment to NYS Board of Real Property Services
Application for Real Property Tax Exemption for Nonprofit Organizations
II – Property Use—Property Identification
Page 9 of 9

| 291 | 38.18-1-13 | 8 New Wood Road | #1590 Lot 50B | 2/5/82 ON 4 |
|-----|-----------|-----------------|---------------|-------------|
| 292 | 38.18-1-14 | 6 New Wood Road | #1590 Lot 50A | 2/5/82 ON 4 |

293   The common area not assigned a parcel number, but described in the deed dated February 27, 2009, recorded as Instrument No. 2009-00007949 (copy attached), excepting the above-referenced 292 parcels and that portion located in the Town of Tuxedo, County of Orange, known as parcel 17-1-19.21.

Paul Piperato, County Clerk
1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

**Received From :**
LIBERTY TITLE AGENCY LLC
515 REX CORP PLAZA
UNIONDALE NY 11556

**Return To :**
LIBERTY TITLE AGENCY LLC
515 REX CORP PLAZA
UNIONDALE NY 11556

**First GRANTOR**

LORTERDAN PROPERTIES AT RAMAPO I LLC

**First GRANTEE**

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK INC

Index Type : Land Records

Instr Number : 2009-00007949

Book :              Page :

Type of Instrument : Deed
Type of Transaction : Deed Other

Recording Fee :              $256.00

Recording Pages :              10

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

| Real Estate Transfer Tax | |
| --- | --- |
| RETT # : | 3051 |
| Deed Amount : | $11,500,000.00 |
| RETT Amount : | $46,000.00 |
| | |
| Total Fees : | $46,256.00 |

State of New York

County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 03/13/2009

At (Recorded Time) : 12:45:53 PM

Doc ID - 018924100010

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: JDL  Printed On : 03/16/2009    At : 12:52:11PM

WARRANTY DEED

LORTERDAN PROPRTIES AT RAMAPO I, LLC,
a New Jersey limited liability company

TO

WATCHTOWER BIBLE AND TRACT SOCIETY OF
NEW YORK, INC.,
a New York not-for profit corporation

ADDRESS:

148 Lorterdan Crossing
Section 38.14, Block 1, Lot 1
Ramapo, Rockland County

199 Table Rock Road
Section 838.14, Block 1, Lot 1.1
Ramapo, Rockland County

25 Table Rock Road
Section 838.14, Block 1, Lot 1.2
Ramapo, Rockland County

Route 72
Section 17, Block 1, Lot 19.21
Tuxedo, Orange County

## WARRANTY DEED

THIS INDENTURE, made as of this 27th day of February, 2009

BETWEEN LORTERDAN PROPERTIES AT RAMAPO I, LLC, a New Jersey limited liability company, with a mailing address of 35 Virginia Avenue, Montclair, New Jersey 07042, party of the first part, and WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., a New York not-for-profit corporation, with a mailing address of 25 Columbia Heights, Brooklyn, New York 11201, party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, and the heirs or successors and assigns of the party of the second party forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Ramapo, County of Rockland and State of New York and the Town of Tuxedo, County of Orange and State of New York, as more particularly described on **Exhibit "A"** attached hereto and hereby made part hereof.

Being the same premises described in deed from CHFM Associates dated April 25, 2002 and recorded May 1, 2002 in Liber 5865 Page 32 (Orange County), and May 6, 2002 as Instrument No. 2002-00027857 (Rockland County).

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

TO HAVE AND TO HOLD the property herein granted unto the party of the second part, and the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey the same, that the party of the second part shall quietly enjoy the said premises; that the said premises are free from encumbrances except for easements and restrictions of record as of the date hereof; that the party of the first part will execute or procure any further necessary assurance of the title to said premises; and that the said party of the first part will forever warrant the title to said premises.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

LORTERDAN PROPERTIES AT RAMAPO I., LLC
a New Jersey limited liability company

By: _____
Robert Jackson, Member

## ACKNOWLEDGEMENT

STATE OF NEW YORK    )
                         ) SS.:

COUNTY OF KINGS      )

On the 27th day of February in the year 2009, before me, the undersigned, a Notary Public in and for said State, personally appeared Robert Jackson personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument and that such individual made such appearance before the undersigned in Kings County, New York.

Notary Public

RAMON M. TUCKER
Notary Public, State of New York
No. 01TU6109781
Qualified in Kings County
Commission Expires 5/7/2012

## Exhibit A

## Legal Description

## Schedule A Description

Underwriter No. **413-RO-1302**
Title Number **LTNY-6505-RO-08**

Page    1

ALL that certain plot, piece or parcel of land, situate lying and being in the Town of Tuxedo, County of Orange, State of New York and partially in the Town of Ramapo, County of Rockland, State of New York bounded and described as follows:

BEGINNING at a point on the southerly side of Orange County Highway No. 72 (a/k/a/ Sterling Mine Road), said point being at the northerly line of lands now or formerly of Sisters Servants of Mary Immaculate, Inc. (Tax Lot 17-1-17);

THENCE RUNNING along the southerly side of Orange County Highway No. 72, South 80 degrees 04 minutes 55 seconds East 280.08 feet to a point;

THENCE continuing along the same on a curve to the left having a radius of 922.40 feet for a distance of 110.59 feet to a point;

THENCE still along the southerly side of County Highway No. 72, South 81 degrees 39 minutes 29 seconds East 570.72 feet to a point, being the lands now or formerly of Barba (Tax 38.10-1-7);

THENCE along the lands now or formerly of CHFM Associates (Tax Map 38.10-1-8) also being the former Sterling and Iron Railroad, South 29 degrees 19 minutes 07 seconds East 83.37 feet to a point;

THENCE still along the lands now or formerly of CHFM Associates, South 81 degrees 39 minutes 29 seconds East 50.03 feet to a point on a curve;

THENCE still along the lands now or formerly of CHFM Associates, on a curve to the left having a radius of 988.40 feet a distance of 735.61 feet to a point;

THENCE continuing along the lands now or formerly of CHFM Associates, and along the lands now or formerly of Corley (Tax Map 38.10-1-5) North 55 degrees 42 minutes 00 seconds East 1424.34 feet to a point located on the southerly side of Sterling Mine Road (County Highway Route 72);

THENCE along the southerly side of Sterling Mine Road, North 74 degrees 46 minutes 04 seconds East 187.31 feet to a point;

THENCE still along the southerly line of Sterling Mine Road, North 59 degrees 39 minutes 47 seconds East 340.25 feet to the lands now or formerly of Consolidated Edison of New York (Tax Lot 38.10-1-4);

## Schedule A Description - continued

THENCE along the lands now or formerly of consolidated Edison of New York, South 01 degrees 20 minutes 11 seconds East 80.06 feet;

THENCE continuing along the same, South 34 degrees 52 minutes 43 seconds East 1306.11 feet to the lands now or formerly of ABF Real Estate Co., Inc. (Tax Lot 38.15-1-1-);

THENCE along the westerly side of lands now or formerly of ABF Real Estate Co., Inc. South 41 degrees 08 minutes 28 seconds West 1733.24 feet to a point;

THENCE continuing the same, South 13 degrees 53 minutes 31 seconds West 211.75 feet to a point;

THENCE along the southwesterly line of lands now or formerly of ABF Real Estate Co. Inc. South 44 degrees 58 minutes 18 seconds East 1236.68 feet to the lands now or formerly of Ramapo Land Company, Inc. (Tax Map 46.07-1-8);

THENCE along the northerly side of lands now or formerly of Ramapo Land Company, Inc., South 57 degrees 49 minutes 00 seconds West 1290.64 feet to a point;

THENCE continuing along the lands now or formerly of Ramapo Land Company, Inc. (Tax map 46.12-2-3) North 46 degrees 48 minutes 43 seconds West 1306.74 feet to a point;

THENCE still along the lands of Ramapo Land Company, Inc., (Tax Map 46.12-2-3) South 41 degrees 55 minutes 24 seconds West 843.62 feet to a point;

THENCE along the lands now or formerly of George H. Boynton and Hazard E. Reeves (Tax Map 46.01-1-1) and lands now or formerly of the Sisters Servants of Mary Immaculate, Inc. (Tax Map. 38.17-1-2) North 60 degrees 58 minutes 58 seconds West 2015.86 feet to a point;

THENCE still along the lands now or formerly of the Sisters Servants of Mary Immaculate, Inc. (Tax Map 38.13-1-1) North 54 degrees 18 minutes 24 seconds East 662.43 feet to a point;

THENCE continuing along the same North 01 degrees 53 minutes 25 seconds East 762.38 feet to a point on a curve;

THENCE continuing along the lands now or formerly of Sisters Servants of Mary

## Schedule A Description - continued

Immaculate, Inc. (Tax Map 38.13-1-1) and Tax Map Town of Tuxedo, County of Orange, Section 17-1-17) on a curve to the right having a radius of 155.00 feet for a distance of 285.14 feet to a point;

THENCE continuing along the lands now or formerly of Sisters Servants of Mary Immaculate, Inc., (Tax Map Section 17-1-1), North 20 degrees 49 minutes 15 seconds East 652.47 feet to a point on a curve on the southerly side of the former Sterling and Iron Railroad;

THENCE on a curve to the right having a radius of 988.40 feet for a distance of 130.58 feet to the southerly side of County Highway Route 72, being the point or place of BEGINNING.

**FOR COUNTY USE ONLY**

**C1. SWIS Code** · | 3 9 2 7 0 8 2 |

**C2. Date Deed Recorded** | 03 / 13 / 09 |
Month Day Year

**C3. Book** | 2009 | **C4. Page** | 7949 |

---

**PROPERTY INFORMATION**

**1. Property Location**
① 199 TABLE ROCK ROAD  ③ 148 LORTERDAN CROSSING
② 25 TABLE ROCK ROAD  ④ ROUTE 72
STREET NUMBER  STREET NAME

CITY OR TOWN  VILLAGE  ZIP CODE

**2. Buyer Name**
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
LAST NAME / COMPANY  FIRST NAME

LAST NAME / COMPANY  FIRST NAME

**3. Tax Billing Address**
Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY  FIRST NAME

STREET NUMBER AND STREET NAME  CITY OR TOWN  STATE  ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** | 4 | # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

**5. Deed Property Size** | | X | | OR | 2 4 8 . 6 3 8 |
FRONT FEET  DEPTH  ACRES

**6. Seller Name**
LORTERDAN PROPERTIES AT RAMAPO I, LLC
LAST NAME / COMPANY  FIRST NAME

LAST NAME / COMPANY  FIRST NAME

**7. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | |
|---|---|---|---|---|---|---|
| A ☐ | One Family Residential | E ☐ | Agricultural | I ☐ | Community Service | |
| B ☐ | 2 or 3 Family Residential | F ☐ | Commercial | J ☐ | Industrial | |
| C ☒ | Residential Vacant Land | G ☐ | Apartment | K ☐ | Public Service | |
| D ☐ | Non-Residential Vacant Land | H ☐ | Entertainment / Amusement | L ☐ | Forest | |

**Check the boxes below as they apply:**
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

---

**SALE INFORMATION**

**11. Sale Contract Date** | 1 / 23 / 09 |
Month Day Year

**12. Date of Sale / Transfer** | 2 / 27 / 09 |
Month Day Year

**13. Full Sale Price** | 1 , 1 5 0 , 0 0 0 , 0 0 0 . 0 0 |

(Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**14. Indicate the value of personal property included in the sale** | 0 . 0 0 |

**15. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A ☐ | Sale Between Relatives or Former Relatives |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F ☐ | Sale of Fractional or Less than Fee Interest (Specify Below) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☐ | Other Unusual Factors Affecting Sale Price (Specify Below) |
| J ☒ | None |

---

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

**16. Year of Assessment Roll from which information taken** | 0 9 |

**17. Total Assessed Value (of all parcels in transfer)** | 1 8 2 4 2 0 0 |

**18. Property Class** | 3 1 1 |-| | **19. School District Name** RAMAPO AND TUXEDO

**20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))**

| SECTION 38.14, BLOCK 1, LOT 1.1 | SECTION 38.14, BLOCK 1, LOT 1 |
|---|---|
| SECTION 838.14 BLOCK 1, LOT 1.2 | SECTION 17 BLOCK 1, LOT 19.21 |

---

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any wilful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

BUYER SIGNATURE M. H LARSEN, PRESIDENT  DATE 2/27/09

25  COLUMBIA HEIGHTS
STREET NUMBER  STREET NAME (AFTER SALE)

BROOKLYN  N Y  11201
CITY OR TOWN  STATE  ZIP CODE

**SELLER**

SELLER SIGNATURE ROBERT JACKSON, MEMBER  DATE 2/27/09

**BUYER'S ATTORNEY**

LAST NAME  FIRST NAME

AREA CODE  TELEPHONE NUMBER

NEW YORK STATE
COPY

TOWN OF RAMAPO
237 Route 59
Suffern, New York 10901
(845) 357-5100  (Fax) 845-357-5140



\*\*\*\*\*CDRC \*\*\*\*\*
Notification Form

APPLICATION OF:   *Watchtower Bible & Tract Society of NY Inc*

☒  DISCUSSION/CIRCULAR DRIVEWAY  (Fee: $300.00)

☐  R-15C CONVERSION  (Fee: $500.00)

☐  ARCHITECTURAL REVIEW  (Fee: $500.00)

I wish that all correspondence, meeting notices, decisions, etc., from your office relative to the above noted application, be sent to: (Please list only <u>one</u> person)

NAME:   *Robert Pollock*

ADDRESS:   *25 Columbia Hts*

*Brooklyn NY*

TELEPHONE:   *718-560-5000*

APPLICANT'S SIGNATURE:   *R A Pollock*

Dated:   *2 Feb 2009*

NOTE TO APPLICANT: It will be the responsibility of the one person designated on this form to notify all other interest parties (for example, attorney, architect, engineer, surveyor, applicant, etc.).

(CDRC #1)

617.20
## Appendix C
### State Environmental Quality Review
# SHORT ENVIRONMENTAL ASSESSMENT FORM
#### For UNLISTED ACTIONS Only

**PART I - PROJECT INFORMATION (To be completed by Applicant or Project Sponsor)**

| 1. APPLICANT/SPONSOR | 2. PROJECT NAME |
|---|---|
| Watchtower Bible & Tract Society of NY, INC | Watchtower Administrative Center |

3. PROJECT LOCATION:

Municipality  Town of Ramapo        County  Rockland

4. PRECISE LOCATION (Street address and road intersections, prominent landmarks, etc., or provide map)

155 Sterling Mine Road

5. PROPOSED ACTION IS:

☑ New    ☐ Expansion    ☐ Modification/alteration

6. DESCRIBE PROJECT BRIEFLY:

Construction of an administrative center consisting of offices, residences, and support accessory uses.

7. AMOUNT OF LAND AFFECTED:

Initially  50  acres    Ultimately  50  acres

8. WILL PROPOSED ACTION COMPLY WITH EXISTING ZONING OR OTHER EXISTING LAND USE RESTRICTIONS?

☐ Yes    ☑ No    If No, describe briefly

An adjustment to the present RSH zoning is needed

9. WHAT IS PRESENT LAND USE IN VICINITY OF PROJECT?

☑ Residential   ☑ Industrial    ☐ Commercial    ☐ Agriculture   ☐ Park/Forest/Open Space   ☐ Other

Describe:

10. DOES ACTION INVOLVE A PERMIT APPROVAL, OR FUNDING, NOW OR ULTIMATELY FROM ANY OTHER GOVERNMENTAL AGENCY (FEDERAL, STATE OR LOCAL)?

☐ Yes    ☑ No    If Yes, list agency(s) name and permit/approvals:

11. DOES ANY ASPECT OF THE ACTION HAVE A CURRENTLY VALID PERMIT OR APPROVAL?

☐ Yes    ☑ No    If Yes, list agency(s) name and permit/approvals:

12. AS A RESULT OF PROPOSED ACTION WILL EXISTING PERMIT/APPROVAL REQUIRE MODIFICATION?

☑ Yes    ☐ No

I CERTIFY THAT THE INFORMATION PROVIDED ABOVE IS TRUE TO THE BEST OF MY KNOWLEDGE

Applicant/sponsor name: _____    Date: _____

Signature: _____

---

**If the action is in the Coastal Area, and you are a state agency, complete the Coastal Assessment Form before proceeding with this assessment**

OVER

1



# TOWN OF RAMAPO

237 Route 59
Suffern, New York 10901
(845) 357-5100  (Fax) 845-357-5140



## PLANNING BOARD

Date: _2 Feb 2009_

APPLICATION FOR:  ☒ CDRC DISCUSSION

1. Name of Project _Watchtower Administrative Center_

2. Name of Applicant _Watchtower Bible & Tract Society of NY Inc_ Phone _718-560-5000_

   Address _25 Columbia Hts_      _Brooklyn_      _NY_      _11201_
   (Street name & no)          (Post Office)      (State)      (Zip Code)

3. Owner of Record _Lorterdan Properties at Ramapo I, LLC_ Phone _973-746-7636_

   Address _35 Virginia Ave_      _Montclair,_      _NJ_      _07042_
   (Street name & no)          (Post Office)      (State)      (Zip Code)

4. Name of person preparing plan_____ Phone_____

   Address_____
   (Street name & no)          (Post Office)      (State)      (Zip Code)

5. Attorney_____ Phone_____

   Address_____
   (Street name & no)          (Post Office)      (State)      (Zip Code)

6. Location: On the _South_ side of _Sterling Mine Road_

   _0_ feet _East_ of _Eagle Valley Rd_
   (direction)          (street)

7. Acreage of Parcel _Approx 248_

8. Zoning District _RSH_

9. Tax Map Designation: Section _38_ Block _14_ Lot(s) _1-1_

(Please continue on back of page)

P.B. Form No. 4(A)
10/15/02

11.  Has the Zoning Board of Appeals granted any variance or special permit concerning this property? If

so, list case number and name_____

_____

12.  List all contiguous holdings in the same ownership (as defined in the Ramapo Zoning Law)_____

Ramapo   38.10-1-B         Tuxedo   17-1-19.21

13.  Attached hereto is a Narrative Summary prepared by the applicant's design professional stating the nature of the use; compliance with the Zoning Law; compliance with the Site Development Plan Rules and Regulations; any requested waiver or modification.

14.  Attached hereto is an affidavit of ownership indicating the dates the respective holdings of land were acquired, together with the liber and page of each conveyance into the present owner as recorded in the Rockland County Clerk's Office. This affidavit shall indicate the legal owner of the property, the contract owner of the property and the date the contract of sale was executed. IN THE EVENT OF CORPORATE OWNERSHIP: A list of all directors, officers and stockholders of each corporation owning more than five percent (5%) of any class of stock must be attached.

STATE OF NEW YORK    )
COUNTY OF ROCKLAND :      SS.:
TOWN OF RAMAPO

I,_____M H Larson_____, hereby depose and say that
all the above statements and the statements contained in the papers submitted herewith are true.

Mailing Address:.          25 Columbia Hts

Brooklyn NY 11201

Sworn to before me this

3RD  day of FEBRUARY_____, 2009

Notary Public       │ 01RI5001436
                    │ EXPIRES: 9/8/2010

AFFIDAVIT PURSUANT TO SECTION 809 OF THE GENERAL MUNICIPAL LAW

Town of Ramapo
Ramapo Town Hall
237 Route 59
Suffern, New York 10901
(914-357-5100)

STATE OF NEW YORK    )
COUNTY OF ROCKLAND ) SS.:
TOWN OF RAMAPO      )

I, _Robert Jackson_ (_Watchtower Properties at Ramapo I, LLC._

being duly sworn, hereby depose and say that all the following statements and the statements contained in
the papers submitted herewith are true and that the nature and extent of any interest set forth are
disclosed to the extent that they are known to the applicant.

1. Print or type full name and Post Office Address _____
_35 Virginia Avenue. Montclair, NJ 07042_
_____
_____

certifies that he is the owner or agent of all that certain lot, piece or parcel of land and/or building
described in this application _and if not the owner that he has been duly and properly authorized to make
this application and to assume responsibility for the owner_ in connection with this application for the.
relief below set forth:

2. To the _To be Determined_ _____ of the
                (Board, Commission or Agency)
    Town of Ramapo, New York:

Application, petition or request is hereby submitted for

( ) Variance or modification from the requirement of Section _____
( ) Special Permit per the requirements of Section_____
( ) Review and approval of proposed subdivision plat;
( ) Exemption from a plat or official map;
( ) An order to issue a Certificate, Permit, or License;
(X) An amendment to the Zoning Ordinance or Maps or change thereof;
( ) Other (explain) _____
    to permit the construction, maintenance and use of _the Watchtower Administrative Center_
_____
_____

CDRC #3

3. Premises affected are in a ___RSH___ (zone) and from the Ramapo Tax Map the property is known as Section ___38___, Lot ___14-1-1___.

4. There is no state officer, Rockland County Officer or employee or Town of Ramapo officer or employee nor his or her spouse, brother, sister, parent, child, or grandchild, or a spouse of any of these relatives who is the applicant or who has an interest in the person, partnership or association making this application, petition or request, or is an officer, director, partner or employee of the applicant, or that such officer or employee, if this applicant is a corporation, legally or beneficially owns or controls any stock of the applicant in excess of 5% of the total of the corporation if its stock is listed on the New York or American Stock Exchanges; or is a member or partner of the applicant, if the applicant is an association or a partnership; nor that such Town officer or employee nor any member of his family in any of the foregoing classes is a party to an agreement with the applicant, express or implied, whereby such officer or employee may receive any payment or other benefit, whether or not for services rendered, which is dependent or contingent upon the favorable approval of this application, petition or request.

5. That to the extent that the same is known to your applicant, and to the owner of the subject premises there is disclosed herewith the interest of the following officer or employee of the State of New York or the County of Rockland or of the Town of Ramapo in the petition, request or application or in the property or subject matter to which it relates: (if none, so state)

a. Name and Address of officer or employee ___none___

b. Nature of interest_____

c. If stockholder, number of shares_____

d. If officer or partner, nature of office and name of partnership_____

e. If a spouse or brother, sister, parent, child, grandchild or the spouse of any of these blood relatives of such State, County or Town of Ramapo officer or employee, state name and address of such relative and nature of relationship to officer and employee and nature and extent of office, interest or participation in the ownership or any person, partnership or association having an interest in such ownership or in any business entity sharing in such ownership.

(2)

f. IN THE EVENT OF CORPORATE OWNERSHIP: A list of all directors, officers, and stockholders of each corporation owning more than five (5%) percent of any class of stock, must be attached, if any of these are officers or employees of the State of New York, or of the County of Rockland, or of the Town of Ramapo.

I, _ROBERT V. JACKSON. (CHAIRMAN PRESIDENT OF RAMAPO I, LLC.)_

do hereby depose and say that all the above statements and statements

contained in the papers submitted herewith are true, knowing that a person who

knowingly and intentionally violates this section is guilty of a misdemeanor.

_____ OWNER

_____ APPLICANT

Mailing Address_____

_____

_____

Sworn to before me this

_3RD_ day of _FEBRUARY_ 2009

_____
Notary Public
OIRI5001436
EXPIRES 9/8/2010

(3)

CDRC #3



**TOWN OF RAMAPO**
TOWN HALL — ROUTE 59
SUFFERN, N. Y. 10901

(914) 357-5100

PLANNING BOARD          AFFIDAVIT OF OWNERSHIP

STATE OF NEW YORK )
COUNTY OF ROCKLAND ) SS.:
TOWN OF RAMAPO )

I, _Robert D. Jackson_,
being duly sworn, hereby depose and say that I reside at:

_35 Virginia Avenue_

_Montclair, NJ 07042-2464_

I am the * _Manager/Member (Common Property at Ramapo I, LLC.)_ owner

in fee simple of premises located at _155 Sterling Mine Road_

described in a certain deed of said premises recorded in the Rockland
County Clerk's Office in ~~Liber~~ _____ of conveyances, ~~page~~ _____.
                    Instrument ID# 2001-00027857       2002
Said premises have been in my/its possession since ~~19~~ ____. Said
premises are also known and designated on the Town of Ramapo Tax Map
as section _38_ lot (s) _14-1-1 ; 10-1-8_.

**

Sworn to before me this
_3rd_ day of ~~February~~ 2009

_____   01RI5001436
Notary Public              EXPIRES 9/8/2010

* If owner is a corporation, fill in the office held by deponent and
name of corporation, and provide a list of all directors, officers
and stockholders owning more than 5% of any class of stock.
** If corporate officer indicate position.

CDRC #4



**TOWN OF RAMAPO**
TOWN HALL — ROUTE 59
SUFFERN, N. Y. 10901

(914) 357-5100

## PLANNING BOARD    OWNER'S CONSENT AFFIDAVIT

1. Name of project _Watchtower Administrative Center_

2. Name of fee owner _Lentordan Properties at Ramapo I, LLC_ Phone _973-746-7636_

   Address _35 Virginia Ave    Montclair    NJ    07042_
   (Street No. & Name)    (Post Office)    (State)    (Zip Code)

3. Name of applicant _Watchtower Bible + Tract Society NY/m_ Phone _718-560-5000_

   Address _25 Columbia Hts    Brooklyn    NY    11201_
   (Street No. & Name)    (Post Office)    (State)    (Zip Code)


State of New York,
County of Rockland, ss:
Town of Ramapo

_Robert V. Jackson_ ............, being duly sworn, deposes and says that

he resides at _35 Virginia Avenue_ ............ in the County of _Essex_

in the State of _New Jersey_ .... that he is the _owner in fee_ of all

that certain lot, piece or parcel of land situated, lying and being in

the Town of Ramapo aforesaid and designated as Lot No. _14-1-1_ ......, in

Section No. _38_ ..... of the Ramapo Tax Map and that he hereby authorizes

the within application in his behalf and that the statements of fact

contained in said application are true, and agrees to be bound by the

determination of the Board.

Sworn to before me this                    Owner ...............

....3RD........ day of _FEBRUARY_ _18_ 2009        Mail Address _35 Virginia Ave_
                                                    _Montclair, NJ 07042_
...............................                    x _Lentardan Properties at Ramapo I,_
Notary Public                    _01RT5001436_        _LLC_
County of Rockland. Expires: 9/8/2010

# TOWN OF RAMAPO
237 Route 59
Suffern, New York 10901
(845)357-5100



TOWN OF RAMAPO
FILED

2011 FEB 21  P 3: 20

ASSESSOR'S OFFICE



SCOTT J. SHEDLER
ASSESSOR

## OFFICIAL RECEIPT

NAME OF ORGANIZATION:

*Watchtower Bible Tract Society of New York Inc*

*#38.14-1-1, 838.14-1-1.1, and 838.14-1-1.2*

ORGANIZATION PURPOSE:   NEW ✓    RENEWAL SENT_____ RENEWAL RECVD_____

SCHEDULE A:         NEW_____   RENEWAL SENT_____ RENEWAL RECVD_____

| LOCATION OF PROP | PROP USE SENT | PROP USE RECVD | OCC STATE SENT | OCC. STATE RECVD | MANSE SENT | MANSE RECVD | INIT |
|---|---|---|---|---|---|---|---|
| *All Properties Conv at Closing* | | | | • | | | |
| *148 Loarterdan Crossing* | | ✓ | | | | | |
| *(155 Sterling Mine Rd.)* | | ✓ | | | | | |
| *+ 199 Table Rock.* | | | | | | | |
| *deed - all* | ✓ | | | | | | |
| *Ins* | ✓ | | | | | | |
| *Charter (no corp papers)* | ✓ | | | | | | |
| | | | | | | | |
| *✶ Submit CDRC - papers inc.* | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



RP-420-a-Org (9/08)

## NYS BOARD OF REAL PROPERTY SERVICES

## APPLICATION FOR REAL PROPERTY TAX EXEMPTION FOR NONPROFIT ORGANIZATIONS - MANDATORY CLASS I-ORGANIZATION PURPOSE

(See general information and instructions on back of form)

Watchtower Bible and Tract Society of New York, Inc.

1a. Name of Organization
25 Columbia Heights

Brooklyn, NY 11201

b. Mailing address
11-1753577

c. Employer ID no.

Richard D. Moake, Associate General Counsel

d. Name of contact person
845-306-3300

e. Day telephone no. of contact person
845-282-2279 (cell)

Evening telephone no.
rmoake@jw.org

f. E-mail address (optional)

2a. Purpose(s) of organization:

☑ Religious     ☑ Educational
☑ Charitable    ☐ Moral or mental improvement of men, women, or children
☐ Hospital

b. If the organization has more than one purpose, state the primary purpose: Religious

c. State briefly specific activities related to each purpose checked above: Watchtower Bible and Tract Society of New York, Inc., ("Watchtower") and other religious corporations collectively administer the spiritual needs of Jehovah's Witnesses worldwide and form the "church" of of Jehovah's Witnesses. Among its many activities, Watchtower prints and distributes Bibles and Bible-based literature, provides (a) facilities for printing such literature, (b) offices for the administration of Jehovah's Witnesses' worldwide and domestic activities, and (c) residences and support facilities for members of the Worldwide Order of Special Full-time Servants of Jehovah's Witnesses (the religious order used by Jehovah's Witnesses worldwide), and sponsors schools for training missionaries, traveling ministers, and religious administrators of Jehovah's Witnesses.

(Attach additional sheets if necessary)

———————— FOR ASSESSOR'S USE ————————

Assessing unit _____     County _____

City/Town _____     Village _____

School District _____

RP-420-a-Org (9/08)                                                                    2

3.  Is the organization currently exempt from Federal income tax?  ☑ Yes  ☐ No

If no, skip to question 4.  If yes, answer a. through d.

a.  Under which section, subsection and paragraph of the Internal Revenue Code?  501(c)(3)

b.  Did the Internal Revenue Service recognize the exemption on the basis of an application form or a written request or statement?  ☑ Yes  ☐ No

If yes:  (1)  Was the exemption recognized by a  (check one)

☐ Group exemption letter
☑ Separate exemption letter

(2)  If exemption was recognized by a group exemption letter, give name and address of organization receiving group exemption. _____
_____
_____

(3)  If the exemption was recognized by an advanced ruling, when does the ruling expire?

_____
(month/day/year)

**ATTACH COPY OF DETERMINATION OR RULING LETTER**

If no:  (4)  Please explain how the organization is exempt from Federal income tax (attach additional sheets if needed). _____
_____
_____

c.  Is the organization required to file annual returns with the Internal Revenue Service? ☐ Yes  ☑ No
If yes, attach form number(s). _____

**ATTACH COPY OF EACH RETURN FILED FOR THE ORGANIZATION'S LAST FISCAL YEAR**

d.  For the last fiscal year, did the organization file Internal Revenue Form 990-T (Exempt Organization Business Income Tax Return)?  ☑ Yes *  ☐ No * Only to recover federal telephone excise tax.

**IF YES ATTACH COPY OF FORM 990-T AND SKIP TO QUESTION 5**

4.  Has the organization applied for recognition of exemption from Federal income tax?  ☐ Yes  ☐ No

a.  Under which section, subsection and paragraph of the Internal Revenue Code? _____
_____

b.  Date of application _____

**ATTACH COPY OF APPLICATION, REQUEST OR STATEMENT AND ATTACHMENTS
IF NO, COMPLETE AND ATTACH SCHEDULE A (RP-420-a/b-Org)  (obtain Sch. A from assessor)**

5.  Is the organization incorporated?  ☑ Yes  ☐ No

If yes, answer a through c.  If no, answer d through f.

RP-420-a-Org (9/08)                                                                         3

a. Date incorporated March 4, 1909 _____ b. State/County in which incorporated New York _____

c. Under which law? Law: Not-for-Profit Corporation Law Article or section: Section 402 _____

**ATTACH COPY OF CURRENT ARTICLES OF INCORPORATION** (Note: If a dissolution provision is not included in the articles, also attach a statement describing how assets would be distributed should the organization dissolve.)

d. Form of organization _____ e. Date formed _____

f. Has the organization applied for incorporation? ☐ Yes ☐ No - If no, skip to question 6.   If yes:

(1) State/County in which application has been filed _____

(2) Under which Law? Law: _____ Article or section: _____

(3) Date application filed: _____

**ATTACH COPY OF APPLICATION AND CONSENTS REQUIRED WITH APPLICATION**

**ATTACH COPY OF CURRENT ARTICLES OF ORGANIZATION**   (Note: If a dissolution provision is not included in the articles, also attach a statement describing how assets would be distributed should the organization dissolve.)

6. Is the organization under the supervision of any public regulatory body? ☐ Yes ☑ No
   If yes, answer a through c.

a. Which one(s)?  Give name and address _____

_____

b. Does the organization have an operating certificate, permit, charter, or similar authorization issued by a public regulatory body?     ☐ Yes ☐ No

**IF YES, ATTACH COPY OF AUTHORIZATION**

c. Does the organization solicit contributions from the public?     ☐ Yes ☐ No

If yes and the organization is registered with the Attorney General's Charities Bureau, give the organization's registration number _____

———————————————— **VERIFICATION** ————————————————

State of New York

                    ss:

County of  Putnam

Gary N. Breaux _____, being duly sworn, says that __ he is the ____ Assistant Secretary ____ of the applicant organization, that the statements contained in this application (including the attached sheets consisting of _15_ pages) are true, correct and complete, and that __ he makes this application for real property tax exemption as provided by law.

                                        Subscribed and sworn to before me
                                        this _27th_ day of ____ February ____, 2009

_____         _____
Signature of owner or authorized representative    Commissioner of deeds or notary public

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County

RP-420-a-Org (9/08)                                                                                     4

## GENERAL INFORMATION AND FILING REQUIREMENTS

### 1. Tax exemption for nonprofit organizations under section 420-a of the Real Property Tax Law

Real property owned by a corporation or association organized or conducted exclusively for religious, charitable, hospital, educational, or moral or mental improvement of men, women or children, or for two or more such purposes, and used exclusively for carrying out thereupon one or more such purposes, is exempt from taxation.

### 2. Application

For the property to be granted tax exempt status on the tentative assessment roll, the assessor must be satisfied that the statutory standards are met. This can be most readily accomplished through submission of the State Board's forms.

A two-part application should be filed in each assessing unit in which exemption is sought: Form RP-420-a-Org (I-Organization purpose) and form RP-420-a/b-Use (II-Property use). One copy of Form RP-420-a-Org should be filed in each assessing unit. One copy of Form RP-420-a/b-Use should be filed in each assessing unit for each separately assessed parcel for which exemption is sought. Each year following the year in which exemption is granted on the basis of this application, renewal forms RP-420-a/b-Rnw-I and RP-420-a/b-Rnw-II should be filed.

If you need more space for any item in the application, attach additional sheets and indicate the question(s) to which you are responding. Please give your name and employer identification number on all attachments. The assessor may request information in addition to the information contained in the application.

The law does not require that State Board forms be used. In the alternative, the owner may present proof of exempt status to the assessor in whatever format is mutually acceptable.

### 3. Place of filing application

Application for exemption from city, town or village taxes should be filed with the city, town or village assessor. Application for exemption from county or school district taxes should be filed with the city or town assessor who prepares the assessment roll used in the levying of county or school taxes. In Nassau County, applications should be filed with the Nassau County Board of Assessors. In Tompkins County, applications should be filed with the Tompkins County Division of Assessment. **Do not file with the State Board of Real Property Services.**

### 4. Time of filing application

The application should be filed in the assessor's office on or before the appropriate taxable status date. In towns preparing their assessment roll in accordance with the schedule provided in the Real Property Tax Law, the taxable status date is March 1. In towns in Nassau County, the taxable status date is January 2. Westchester County towns have either a May 1 or June 1 taxable status date; contact the assessor. In villages and cities, the taxable status dates vary, and the appropriate assessor should be consulted for the correct date. In New York City, property acquired by an organization exempt pursuant to this section may receive exemption as of the date of its acquisition; application for exemption should be filed promptly.

---

—————————— SPACE BELOW FOR ASSESSOR'S USE ——————————

Applicant organization

Employer identification number                              Date application filed

### See form RP-420-a/b-Use for parcel number(s)

Documentary evidence presented: _____

_____

Assessing unit                        Assessor's signature                        Date

REQUEST FOR TETR CREDIT

Form **990-T**

# Exempt Organization Business Income Tax Return
### (and proxy tax under section 6033(e))
For calendar year 2006 or other tax year beginning Sep 1 _____ , 2006,
and ending Aug 31 _____ , 2007
► See separate instructions.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0687

## 2006

Open to Public Inspection for
501(c)(3) Organizations Only

| | | | |
|---|---|---|---|
| **A** | Check box if address changed | | **D** Employer identification number (Employees' trust, see instructions for Block D.) |
| **B** | Exempt under section [X] 501( c )( 3 ) | Print or Type | Name of organization (☐ Check box if name changed and see instructions.) **Watchtower Bible and Tract Society of New York, Inc.** |

**11-1753577**

408(e)   220(e)
408A   530(a)
529(a)

Number, street, and room or suite number. If a P.O. box, see instructions.
**25 Columbia Heights** TO 25/12

City or town **Brooklyn** State **NY** ZIP code **11201**

**E** Unrelated business activity codes (See instructions for Block E.)

**C** Book value of all assets at end of year

**F** Group exemption number (See instructions for Block F.) ►

**G** Check organization type ..... ► [X] 501(c) corporation   ☐ 501(c) trust   ☐ 401(a) trust   ☐ Other trust

**H** Describe the organization's primary unrelated business activity.
►

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ... ► ☐ Yes   ☐ No
If 'Yes,' enter the name and identifying number of the parent corporation ... ►

**J** The books are in care of ► G. F. Simonis   Telephone number ► (718) 560-5000

## Part I   Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales ... | | | | |
| b | Less returns and allowances ... ___ c Balance ► | 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from partnerships and S corporations (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from controlled organizations (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Sch G) | 9 | | | |
| 10 | Exploited exempt act vity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule.) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 0. | | 0. |

## Part II   Deductions Not Taken Elsewhere (See instructions for limitations on deductions.)
(Except for contributions, deductions must be directly connected with the unrelated business income.)

| | | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules.) | 20 | |
| 21 | Depreciation (attach Form 4562) ... 21 | | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return ... 22a | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions.** Add lines 14 through 28 | 29 | |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13 | 30 | 0. |
| 31 | Net operating loss deduction (limited to the amount on line 30) | 31 | |
| 32 | Unrelated business taxable income before specific deduction. Subtract line 31 from line 30 | 32 | 0. |
| 33 | Specific deduction (Generally $1,000, but see line 33 instructions for exceptions) | 33 | |
| 34 | Unrelated business taxable income. Subtract line 33 from line 32. If line 33 is greater than line 32, enter the smaller of zero or line 32 | 34 | 0. |

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions.   TEEA0201 02/02/07   Form **990-T** (2006)

Form 990-T (2006)   Watchtower Bible and Tract Society of New York, Inc.                     11-1753577              Page 2

## Part III  Tax Computation

| | | | |
|---|---|---|---|
| 35 | **Organizations Taxable as Corporations.** See instructions for tax computation. | | |
| | Controlled group members (sections 1561 and 1563) check here ► ☐ . **See instructions** and: | | |
| a | Enter your share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | | |
| | (1) \|$              (2) \|$              (3) \|$ | | |
| b | Enter organization's share of: (1) Additional 5% tax (not more than $11,750)........\|$ | | |
| | (2) Additional 3% tax (not more than $100,000) ................................. \|$ | | |
| c | Income tax on the amount on line 34 ........................................... ► | 35c | |
| 36 | **Trusts Taxable at Trust Rates.** See instructions for tax computation. Income tax on the amount | | |
| | on line 34 from: ☐ Tax rate schedule or ☐ Schedule D (Form 1041) ........................ ► | 36 | |
| 37 | Proxy tax. See instructions ................................................... ► | 37 | |
| 38 | Alternative minimum tax ...................................................... | 38 | |
| 39 | **Total.** Add lines 37 and 38 to line 35c or 36, whichever applies ........................ | 39 | |

## Part IV  Tax and Payments

| | | | | |
|---|---|---|---|---|
| 40 a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116)..... | 40a | | |
| b | Other credits (see instructions)............................................ | 40b | | |
| c | General business credit. Check here and indicate which forms are attached: | | | |
| | ☐ Form 3800 ☐ Form(s) (specify) ► _ _ _ _ _ _ _ _ _ _ _ _ _ | 40c | | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827)................. | 40d | | |
| e | Total credits. Add lines 40a through 40d.......................................... | 40e | | |
| 41 | Subtract line 40e from line 39 ................................................... | 41 | | |
| 42 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 .. ☐ Form 8697 ☐ Form 8866 | | | |
| | ☐ Other (attach schedule) ...................................................... | 42 | | |
| 43 | **Total tax.** Add lines 41 and 42................................................ | 43 | | 0. |
| 44 a | **Payments:**  A 2005 overpayment credited to 2006........................... | 44a | | |
| b | 2006 estimated tax payments ............................................ | 44b | | |
| c | Tax deposited with Form 8868 ........................................... | 44c | | |
| d | Foreign organizations: Tax paid or withheld at source (see instructions)........ | 44d | | |
| e | Backup withholding (see instructions)..................................... | 44e | | |
| f | Credit for federal telephone excise tax paid (attach Form 8913)............... | 44f | 149,693. | |
| g | Other credits and payments: ☐ Form 2439 | | | |
| | ☐ Form 4136 _ _ _ _ _ _ ☐ Other _ _ _ _ _ _ Total ... ► | 44g | | |
| 45 | **Total payments.** Add lines 44a through 44g......................................... | 45 | | 149,693. |
| 46 | Estimated tax penalty (see instructions). Check if Form 2220 is attached...................... ► ☐ | 46 | | |
| 47 | **Tax due.** If line 45 is less than the total of lines 43 and 46, enter amount owed....................... ► | 47 | | |
| 48 | **Overpayment.** If line 45 is larger than the total of lines 43 and 46, enter amount overpaid................. ► | 48 | | 149,693. |
| 49 | Enter the amount of line 48 you want: Credited to 2006 estimated tax ►          0. \| Refunded ► | 49 | | 149,693. |

## Part V  Statements Regarding Certain Activities and Other Information (see instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | At any time during the 2006 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If YES, the organization may have to file Form TD F 90-22.1 | | |
| | If YES, enter the name of the foreign country here ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 2 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust?.. | | |
| | If YES, see the instructions for other forms the organization may have to file. | | |
| 3 | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ | | |

## Schedule A — Cost of Goods Sold. Enter method of inventory valuation ►

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year .......... | 1 | | 6 | Inventory at end of year........ | 6 | |
| 2 | Purchases ....................... | 2 | | 7 | **Cost of goods sold.** Subtract | | |
| 3 | Cost of labor ..................... | 3 | | | line 6 from line 5. Enter here and in Part I, line 2 ........... | 7 | |
| 4 a | Additional section 263A costs (attach schedule) | | | | | | |
| | | 4a | | | | Yes | No |
| b | Other costs (attach sch) | 4b | | 8 | Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization?............................... | | |
| 5 | **Total.** Add lines 1 through 4b ......... | 5 | | | | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign Here | ► _Signature_    Signature of officer | 1/11/08    Date | ► _Asst. Treas._    Title | May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No |
|---|---|---|---|---|

| Paid Pre-parer's Use Only | Preparer's signature ► | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► | | | EIN | |
| | | | | Phone no. | |

BAA                                      TEEA0202  01/31/07                                      Form 990-T (2006)

Form 990-T (2006)   Watchtower Bible and Tract Society of New York, Inc.                    11-1753577        Page 3

## Schedule C — Rent Income (From Real Property and Personal Property Leased With Real Property) (see instructions)

**1** Description of property

| | |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |

| | 2 Rent received or accrued | | 3 Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| Total | | Total | |

**Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page1, Part I, line 6, column (A). . . . . . . . . . . . . . ▶

**Total deductions.** Enter here and on page 1, Part I, line 6, column (B) . . . ▶

## Schedule E — Unrelated Debt-Financed Income (see instructions)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | **(a)** Straight line depreciation (attach sch) | **(b)** Other deductions (attach schedule) |
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| **(1)** | | % | | |
| **(2)** | | % | | |
| **(3)** | | % | | |
| **(4)** | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A). | Enter here and on page 1, Part I, line 7, column (B). |

Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

Total dividends-received deductions included in column 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

## Schedule F — Interest, Annuities, Royalties, and Rents from Controlled Organizations (see instructions)

Exempt Controlled Organizations

| 1 Name of Controlled Organization | 2 Employer Identification Number | 3 Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column 4 that is included in the controlling organization's gross income | 6 Deductions directly connected with income in column 5 |
|---|---|---|---|---|---|
| **(1)** | | | | | |
| **(2)** | | | | | |
| **(3)** | | | | | |
| **(4)** | | | | | |

Nonexempt Controlled Organizations

| 7 Taxable Income | 8 Net unrelated income (loss) (see instructions) | 9 Total of specified payments made | 10 Part of column 9 that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| **(1)** | | | | |
| **(2)** | | | | |
| **(3)** | | | | |
| **(4)** | | | | |
| | | | Add columns 5 and 10, Enter here and on page 1, Part I, line 8, column (A). | Add columns 6 and 11. Enter here and on page 1, part I, line 8, column (B). |

Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Form 990-T (2006) Watchtower Bible and Tract Society of New York, Inc.                    11-1753577          Page 4

## Schedule G — Investment Income of a Section 501(c)(7), (9), or (17) Organization (see instructions)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (column 3 plus column 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| Totals ▶ | Enter here and on page 1, Part I, line 9, column (A). | | | Enter here and on page 1, Part I, line 9, column (B). |

## Schedule I — Exploited Exempt Activity Income, Other Than Advertising Income (see instructions)

| 1 Description of exploited activity | 2 Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4 Net income (loss) from unrelated trade or business (column 2 minus column 3). If a gain, compute columns 5 through 7. | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7 Excess exempt expenses (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals ▶ | Enter here and on page 1, Part I, line 10, column (A) | Enter here and on page 1, Part I, line 10, column (B). | | | | Enter here and on page 1, Part II, line 26. |

## Schedule J — Advertising Income (See instructions.)

### Part I   Income From Periodicals Reported on a Consolidated Basis

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (column 2 minus column 3). If a gain, compute columns 5 through 7. | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals (carry to Part II, line (5)) ..... ▶ | | | | | | |

### Part II   Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.)

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| (5) Totals from Part I ................. | | | | | | |
| Totals, Part II (lines 1-5) .. ......... ▶ | Enter here and on page 1, Part I, line 11, column (A). | Enter here and on page 1, Part I, line 11, column (B). | | | | Enter here and on page 1, Part II, line 27. |

## Schedule K — Compensation of Officers, Directors, and Trustees (see instructions)

| 1 Name | 2 Title | 3 Percent of time devoted to business | 4 Compensation attributable to unrelated business |
|---|---|---|---|
| | | % | |
| | | % | |
| | | % | |
| | | % | |
| Total. Enter here and on page 1, Part II, line 14 .................................................... ▶ | | | |

BAA                              TEEA0204   08/15/06                              Form 990-T (2006)

Form **8913**

Department of the Treasury
Internal Revenue Service

**Credit for Federal Telephone Excise Tax Paid**

► See the separate instructions.

► Attach to your income tax return.

OMB No. 1545-2051

**2006**

Attachment
Sequence No. **63**

Name(s) shown on your income tax return

Watchtower Bible and Tract Society of New York, Inc.

Identifying number

11-1753577

Enter the federal telephone excise tax billed during each period as listed in column (a) of lines 1-14 below.

By filing this form, you are certifying that you (1) have not received from your service provider a credit or refund of the tax paid on long distance service or bundled service billed after February 28, 2003, and before August 1, 2006, and (2) will not ask your provider for a credit or refund or have withdrawn any request submitted to the provider for a credit or refund.

**Caution.** See the instructions for explanations of the services that qualify for a credit or refund of the federal telephone excise tax.

### Amount of federal excise tax on long distance or bundled service only

| | (a) Bills dated during: | (b) Long distance service | (c) Bundled service | (d) Tax credit or refund (add columns (b) and (c)) | (e) Interest (see instructions) |
|---|---|---|---|---|---|
| 1 | March, April, and May 2003 | $ | $ 8,069. | $ 8,069. | $ 2,360. |
| 2 | June, July, and August 2003 | | 9,439. | 9,439. | 2,648. |
| 3 | September, October, and November 2003 | | 10,300. | 10,300. | 2,791. |
| 4 | December 2003; January and February 2004 | | 8,048. | 8,048. | 2,097. |
| 5 | March, April, and May 2004 | | 8,405. | 8,405. | 2,093. |
| 6 | June, July, and August 2004 | | 8,619. | 8,619. | 2,056. |
| 7 | September, October, and November 2004 | | 9,088. | 9,088. | 2,055. |
| 8 | December 2004; January and February 2005 | | 9,500. | 9,500. | 2,026. |
| 9 | March, April, and May 2005 | | 9,531. | 9,531. | 1,888. |
| 10 | June, July, and August 2005 | | 11,442. | 11,442. | 2,083. |
| 11 | September, October, and November 2005 | | 9,784. | 9,784. | 1,608. |
| 12 | December 2005; January and February 2006 | | 8,865. | 8,865. | 1,307. |
| 13 | March, April, and May 2006 | | 8,584. | 8,584. | 1,109. |
| 14 | June and July 2006 | | 3,513. | 3,513. | 385. |
| 15 | Add lines 1 - 14 in columns (d) and (e) | | | $ 123,187. | $ 26,506. |

16  Total credit or refund requested. Add columns (d) and (e) on line 15. Enter here and on Form 1040, line 71; Form 1040A, line 42; Form 1040EZ, line 9; Form 1040EZ-T, line 1a; Form 1040NR, line 69; Form 1040NR-EZ, line 21; Form 1120, line 32g; Form 1120-A, line 28g; Form 1120S, line 23d; Form 1041, line 24f; Form 1041-N, line 17; Form 1065, line 23; Form 990-T, line 44f; or the proper line of other returns.........  ►      $  149,693.

**BAA  For Paperwork Reduction Act Notice, see the instructions.**

Form **8913** (2006)

FDIZ4501   12/08/06

# CHARTER

## WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

A Not-for-Profit Corporation
(As Amended Through September 2003)

# AMENDED

## CERTIFICATE OF INCORPORATION

### OF

## WATCHTOWER BIBLE AND TRACT SOCIETY
## OF NEW YORK, INC.

(Under Section 402 of the Not-for-Profit Corporation Law)[*]

FIRST:   The name of the corporation is WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

SECOND:   The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law and is a Type B corporation as defined in Section 201 of the Not-for-Profit Corporation Law. The purposes of the corporation are religious, educational, and charitable and are specifically to: act as a legal entity for the religious body of Christian persons in the United States known as Jehovah's Witnesses; support the efforts of Jehovah's Witnesses to preach and teach the gospel of God's Kingdom under Christ Jesus as a witness to the name, Word, and supremacy of Almighty God, JEHOVAH (Matthew 24:14; 28:19, 20; Psalm 83:18; Isaiah 43:10-12); print, record by any means and in any medium, and otherwise produce, and distribute Bibles in any medium; disseminate Bible truths in various languages; write, record by any means and in any medium, and otherwise create, publish, and distribute literature in various languages containing information and comment explaining Bible truths and prophecy concerning the establishment of Jehovah's Kingdom under Christ Jesus (2 Timothy 3:16, 17); write, record by any means and in any medium, and otherwise create, publish, and distribute music, art, and other intellectual property of a religious or educational nature in any medium; instruct and educate men, women, and children about the Bible and incidental scientific, historical, and literary subjects and to own and/or operate schools to advance such purpose; improve men, women, and children intellectually and morally by education based on Christian principles and to own and/or operate schools to advance such purpose; establish and operate private Bible schools, and ancillary facilities to house and care for the students at such schools, and classes for instructing men and women about the Bible,

[*] Date of original incorporation: March 4, 1909.

1

2

Bible literature, and Bible history; arrange for and hold assemblies for religious worship (Leviticus 23); maintain one or more religious orders of special ministers of Jehovah's Witnesses (2 Kings 2:3, 5; 6:1); provide humanitarian assistance to persons suffering from natural or man-made disasters and in other times of need; acquire (including by gift, inheritance, and bequest), own, and utilize any interest in real and personal property; and do any and all other lawful things that its Board of Directors, in accordance with the spiritual direction of the ecclesiastical Governing Body of Jehovah's Witnesses, shall deem appropriate in harmony with these purposes.

THIRD:   The corporation shall have no capital stock. The corporation shall have members. The number of members, members' qualifications, the manner of electing members, and other matters pertaining to members shall be as provided in the bylaws.

FOURTH:   The county location, within this state, in which the office of this corporation is located, is Putnam County.

FIFTH:   This corporation is to exist perpetually.

SIXTH:   The business and affairs of the corporation shall be managed by and under the direction of the Board of Directors. The number of directors (which shall not be less than three), directors' qualifications, the manner of electing directors, and other matters pertaining to directors shall be as provided in the bylaws.

SEVENTH:   The corporation shall have the powers and authority granted by law, specifically including the power to sell, lease, encumber, and otherwise convey interests in its real and personal property and the power to borrow money.

EIGHTH:   No part of the assets, income, or profit of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in ARTICLE SECOND hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any political party or candidate for public office. (John 15:19; 17:16) Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

NINTH:   Upon winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining

assets shall be transferred to the Watch Tower Bible and Tract Society of Pennsylvania. If the Watch Tower Bible and Tract Society of Pennsylvania is not then in existence and a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, then the remaining assets shall be distributed to any organization designated by the Governing Body of Jehovah's Witnesses that is organized and operated exclusively for religious, educational, and/or charitable purposes and is a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

TENTH:   The Secretary of State is hereby designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is Watchtower Bible and Tract Society of New York, Inc., Attention Philip Brumley, 100 Watchtower Drive, Patterson, New York 12563-9204.

4

## CERTIFICATE

I do hereby certify that the within and foregoing printed charter of Watchtower Bible and Tract Society of New York, Inc., has been compared with the current charter and is a true and correct copy of the charter of Watchtower Bible and Tract Society of New York, Inc., on file in the Department of State, State of New York, Albany, New York.

STATE OF NEW YORK ⎫
County of _Putnam_  ⎬ ss.:

Before me, the undersigned Notary Public, on this _26th_ day of _February_, 20_09_, personally appeared _Gary N. Breaux_, _Assistant Secretary_ of Watchtower Bible and Tract Society of New York, Inc., the corporation named in the above certificate and the within charter, who, upon oath, did depose and say that he signed the certificate and that the charter is a compared and correct copy of the current charter.

NOTARY PUBLIC

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County
My Commission Expires July 1, 20_10_



RP-420-a-Org (9/08)

NYS BOARD OF REAL PROPERTY SERVICES

### APPLICATION FOR REAL PROPERTY TAX EXEMPTION FOR NONPROFIT ORGANIZATIONS - MANDATORY CLASS I-ORGANIZATION PURPOSE

(See general information and instructions on back of form)

| | |
|---|---|
| Watchtower Bible and Tract Society of New York, Inc. | John O. Miller, III, Associate General Counsel |
| 1a. Name of Organization | d. Name of contact person |
| c/o Real Property Department | 845-306-0700 |
| | e. Day telephone no. of contact person |
| 900 Red Mills Road, Wallkill, NY 12589 | 845-598-4173 (cell) |
| b. Mailing address | Evening telephone no. |
| 11-1753577 | jmiller@jw.org |
| c. Employer ID no. | f. E-mail address (optional) |

2a. Purpose(s) of organization:

☑ Religious     ☑ Educational
☑ Charitable     ☐ Moral or mental improvement of men, women, or children
☐ Hospital

b. If the organization has more than one purpose, state the primary purpose: Religious

c. State briefly specific activities related to each purpose checked above: Watchtower Bible and Tract Society of New York, Inc. ("Watchtower"), and other religious corporations collectively administer the spiritual needs of Jehovah's Witnesses worldwide and form the "church" of Jehovah's Witnesses. Among its many activities, Watchtower prints and distributes Bibles and Bible-based literature, provides (a) facilities for printing such literature, (b) offices for the administration of Jehovah's Witnesses' worldwide and domestic activities, and (c) residences and support facilities for members of the Worldwide Order of Special Full-time Servants of Jehovah's Witnesses (the religious order used by Jehovah's Witnesses worldwide), and sponsors schools for training missionaries, traveling ministers, and religious administrators of Jehovah's Witnesses.

(Attach additional sheets if necessary)

———————————— FOR ASSESSOR'S USE ————————————

Assessing unit _____     County _____

City/Town _____     Village _____

School District _____

RP-420-a-Org (9/08)                                                                                      2

3.  Is the organization currently exempt from Federal income tax?    ☑ Yes    ☐ No

   If no, skip to question 4.  If yes, answer a. through d.

   a.  Under which section, subsection and paragraph of the Internal Revenue Code?  501(c)(3)

   b.  Did the Internal Revenue Service recognize the exemption on the basis of an application form or a
       written request or statement?  ☑ Yes    ☐ No

   If yes:  (1)  Was the exemption recognized by a   (check one)
                 ☐ Group exemption letter
                 ☑ Separate exemption letter

           (2)  If exemption was recognized by a group exemption letter, give name and address of
                organization receiving group exemption. _____
                _____
                _____

           (3)  If the exemption was recognized by an advanced ruling, when does the ruling expire?

                _____
                      (month/day/year)

                **ATTACH COPY OF DETERMINATION OR RULING LETTER**

   If no:  (4)  Please explain how the organization is exempt from Federal income tax (attach additional
                sheets if needed). _____
                _____
                _____

   c.  Is the organization required to file annual returns with the Internal Revenue Service? ☐ Yes  ☑ No
       If yes, attach form number(s). _____

**ATTACH COPY OF EACH RETURN FILED FOR THE ORGANIZATION'S LAST FISCAL YEAR**

   d.  For the last fiscal year, did the organization file Internal Revenue Form 990-T (Exempt Organization
       Business Income Tax Return)?    ☑ Yes *   ☐ No  * Only to recover federal telephone excise tax.

           **IF YES ATTACH COPY OF FORM 990-T AND SKIP TO QUESTION 5**

4.  Has the organization applied for recognition of exemption from Federal income tax?    ☐ Yes   ☐ No

   a.  Under which section, subsection and paragraph of the Internal Revenue Code? _____
       _____

   b.  Date of application _____

       **ATTACH COPY OF APPLICATION, REQUEST OR STATEMENT AND ATTACHMENTS**
   **IF NO, COMPLETE AND ATTACH SCHEDULE A (RP-420-a/b-Org)  (obtain Sch. A from assessor)**

5.  Is the organization incorporated?  ☑ Yes    ☐ No
   If yes, answer a through c.  If no, answer d through f.

RP-420-a-Org (9/08)                                                                                           3

a.  Date incorporated March 4, 1909               b. State/County in which incorporated New York
c.  Under which law? Law: Not-for-Profit Corporation Law Article or section: Section 402

**ATTACH COPY OF CURRENT ARTICLES OF INCORPORATION** (Note: If a dissolution provision is
not included in the articles, also attach a statement describing how assets would be distributed should the
organization dissolve.)

d.  Form of organization _____  e. Date formed _____

f.  Has the organization applied for incorporation?  ☐Yes  ☐No - If no, skip to question 6.  If yes:

(1) State/County in which application has been filed _____

(2) Under which Law?  Law: _____  Article or section: _____

(3) Date application filed: _____

**ATTACH COPY OF APPLICATION AND CONSENTS REQUIRED WITH APPLICATION**

**ATTACH COPY OF CURRENT ARTICLES OF ORGANIZATION**  (Note: If a dissolution
provision is not included in the articles, also attach a statement describing how assets would be distributed
should the organization dissolve.)

6.  Is the organization under the supervision of any public regulatory body?  ☐ Yes   ☑ No
If yes, answer a through c.

a.  Which one(s)?  Give name and address _____
_____

b.  Does the organization have an operating certificate, permit, charter, or similar authorization issued
by a public regulatory body?      ☐ Yes  ☐ No

**IF YES, ATTACH COPY OF AUTHORIZATION**

c.  Does the organization solicit contributions from the public?      ☐ Yes      ☐ No

If yes and the organization is registered with the Attorney General's Charities Bureau, give the
organization's registration number _____

———————————————— VERIFICATION ————————————————

State of New York
                                    ss:
County of Putnam
Gary N. Breaux_____, being duly sworn, says that __he is the ____Assistant Secretary_____ of
the applicant organization, that the statements contained in this application (including the attached
sheets consisting of ____ pages) are true, correct and complete, and that __he makes this application
for real property tax exemption as provided by law.

                                              Subscribed and sworn to before me
                                              this _25th_ day of ____May_____, 2009

_____              _____
Signature of owner or authorized representative   Commissioner of deeds or notary public

                                                    MICHAEL A. GUZMAN
                                              Notary Public-State of New York
                                                    No. 01GU6076764
                                              Qualified in Putnam County

## GENERAL INFORMATION AND FILING REQUIREMENTS

### 1. Tax exemption for nonprofit organizations under section 420-a of the Real Property Tax Law

Real property owned by a corporation or association organized or conducted exclusively for religious, charitable, hospital, educational, or moral or mental improvement of men, women or children, or for two or more such purposes, and used exclusively for carrying out thereupon one or more such purposes, is exempt from taxation.

### 2. Application

For the property to be granted tax exempt status on the tentative assessment roll, the assessor must be satisfied that the statutory standards are met. This can be most readily accomplished through submission of the State Board's forms.

A two-part application should be filed in each assessing unit in which exemption is sought: Form RP-420-a-Org (I-Organization purpose) and form RP-420-a/b-Use (II-Property use). One copy of Form RP-420-a-Org should be filed in each assessing unit. One copy of Form RP-420-a/b-Use should be filed in each assessing unit for each separately assessed parcel for which exemption is sought. Each year following the year in which exemption is granted on the basis of this application, renewal forms RP-420-a/b-Rnw-I and RP-420-a/b-Rnw-II should be filed.

If you need more space for any item in the application, attach additional sheets and indicate the question(s) to which you are responding. Please give your name and employer identification number on all attachments. The assessor may request information in addition to the information contained in the application.

The law does not require that State Board forms be used. In the alternative, the owner may present proof of exempt status to the assessor in whatever format is mutually acceptable.

### 3. Place of filing application

Application for exemption from city, town or village taxes should be filed with the city, town or village assessor. Application for exemption from county or school district taxes should be filed with the city or town assessor who prepares the assessment roll used in the levying of county or school taxes. In Nassau County, applications should be filed with the Nassau County Board of Assessors. In Tompkins County, applications should be filed with the Tompkins County Division of Assessment. **Do not file with the State Board of Real Property Services.**

### 4. Time of filing application

The application should be filed in the assessor's office on or before the appropriate taxable status date. In towns preparing their assessment roll in accordance with the schedule provided in the Real Property Tax Law, the taxable status date is March 1. In towns in Nassau County, the taxable status date is January 2. Westchester County towns have either a May 1 or June 1 taxable status date; contact the assessor. In villages and cities, the taxable status dates vary, and the appropriate assessor should be consulted for the correct date. In New York City, property acquired by an organization exempt pursuant to this section may receive exemption as of the date of its acquisition; application for exemption should be filed promptly.

--- **SPACE BELOW FOR ASSESSOR'S USE** ---

Applicant organization

Employer identification number                     Date application filed

### See form RP-420-a/b-Use for parcel number(s)

Documentary evidence presented: _____

Assessing unit            Assessor's signature            Date

Internal Revenue Service
P. O. Box 2508
Cincinnati, OH 45201

Department of the Treasury

Date: **MAY 0 1 2008**

WATCHTOWER BIBLE AND TRACT SOCIETY OF
NEW YORK INC
% PHILIP BRUMLEY
100 WATCHTOWER DR
PATTERSON          NY 12563-2232 004

Person to Contact:
  Michelle Jones
  ID# 31-07675
Toll Free Telephone Number:
  877-829-5500
Employer Identification Number:
  11-1753577
Group Exemption Number:
  9227

Dear Sir or Madam:

This is in response to your letter of February 13, 2008, regarding your tax-exempt status.

Our records indicate that a determination letter was issued in March 1992 that recognized you as exempt from Federal income tax. Our records further indicate that you are currently exempt under section 501(c)(3) of the Internal Revenue Code.

Based on the information supplied, we recognized the subordinates named on the list you submitted as exempt from Federal income tax under section 501(c)(3) of the Code.

Donors may deduct contributions to you as provided in section 170 of the Code. Bequests, legacies, devises, transfers, or gifts to you or for your use are deductible for Federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

Cindy Westcott

Cindy Westcott
Manager, Exempt Organizations
Determinations

Form **990-T**

## Exempt Organization Business Income Tax Return
### (and proxy tax under section 6033(e))
For calendar year 2006 or other tax year beginning **Sep 1** , 2006,
and ending **Aug 31** , **2007**
► See separate instructions.

OMB No. 1545-0687

**2006**

Department of the Treasury
Internal Revenue Service

Open to Public Inspection for
501(c)(3) Organizations Only

| A | Check box if address changed | | Name of organization ( ☐ Check box if name changed and see instructions.) | | D | Employer identification number (Employees' trust, see instructions for Block D.) |
|---|---|---|---|---|---|---|
| B | Exempt under section<br>☒ 501( c )( 3 )<br>☐ 408(e) ☐ 220(e)<br>☐ 408A ☐ 530(a)<br>☐ 529(a) | Print<br>or<br>Type | **Watchtower Bible and Tract Society of New York, Inc.** | | | 11-1753577 |
| | | | Number, street, and room or suite number. If a P.O. box, see instructions.<br>**25 Columbia Heights** TO 25/12 | | E | Unrelated business activity codes (See instructions for Block E.) |
| | | | City or town **Brooklyn** State **NY** ZIP code **11201** | | | |

C Book value of all assets at end of year

F Group exemption number (See instructions for Block F.). ►

G Check organization type ...... ► ☒ 501(c) corporation ☐ 501(c) trust ☐ 401(a) trust ☐ Other trust

H Describe the organization's primary unrelated business activity.
►

I During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ... ► ☐ Yes ☐ No
If 'Yes,' enter the name and identifying number of the parent corporation ... ►

J The books are in care of ► **G. F. Simonis** Telephone number ► **(718) 560-5000**

### Part I — Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1 a | Gross receipts or sales ... | | | | |
| b | Less returns and allowances ... c Balance ► | 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) ........... | 2 | | | |
| 3 | Gross profit. Subtract line 2 from line 1c ........... | 3 | | | |
| 4 a | Capital gain net income (attach Schedule D) ........... | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) ........... | 4b | | | |
| c | Capital loss deduction for trusts........... | 4c | | | |
| 5 | Income (loss) from partnerships and S corporations (attach statement) ........... | 5 | | | |
| 6 | Rent income (Schedule C) ........... | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) ........... | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from controlled organizations (Schedule F)........... | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Sch G) ..... | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) ........... | 10 | | | |
| 11 | Advertising income (Schedule J)........... | 11 | | | |
| 12 | Other income (See instructions; attach schedule.) ----------------------------- | 12 | | | |
| 13 | **Total. Combine lines 3 through 12** ........... ► | 13 | 0. | | 0. |

### Part II — Deductions Not Taken Elsewhere (See instructions for limitations on deductions.)
(Except for contributions, deductions must be directly connected with the unrelated business income.)

| | | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) ........... | 14 | |
| 15 | Salaries and wages ........... | 15 | |
| 16 | Repairs and maintenance........... | 16 | |
| 17 | Bad debts ........... | 17 | |
| 18 | Interest (attach schedule)........... | 18 | |
| 19 | Taxes and licenses........... | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules.)........... | 20 | |
| 21 | Depreciation (attach Form 4562) ........... 21 | | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return ............ 22 a | 22 b | |
| 23 | Depletion ........... | 23 | |
| 24 | Contributions to deferred compensation plans........... | 24 | |
| 25 | Employee benefit programs........... | 25 | |
| 26 | Excess exempt expenses (Schedule I)........... | 26 | |
| 27 | Excess readership costs (Schedule J)........... | 27 | |
| 28 | Other deductions (attach schedule)........... | 28 | |
| 29 | **Total deductions.** Add lines 14 through 28 ........... | 29 | |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13........ | 30 | 0. |
| 31 | Net operating loss deduction (limited to the amount on line 30)........... | 31 | |
| 32 | Unrelated business taxable income before specific deduction. Subtract line 31 from line 30..... ........... | 32 | 0. |
| 33 | Specific deduction (Generally $1,000, but see line 33 instructions for exceptions)........... | 33 | |
| 34 | Unrelated business taxable income. Subtract line 33 from line 32. If line 33 is greater than line 32, enter the smaller of zero or line 32........... | 34 | 0. |

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions. TEEA0201 02/02/07 Form 990-T (2006)

## Part III  Tax Computation

| | | | |
|---|---|---|---|
| 35 | Organizations Taxable as Corporations. See instructions for tax computation. | | |
| | Controlled group members (sections 1561 and 1563) check here ► ☐ . **See instructions** and: | | |
| | a Enter your share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | | |
| | (1) |$ _____   (2) |$ _____   (3) |$ _____ | | |
| | b Enter organization's share of: (1) Additional 5% tax (not more than $11,750) . . . . . . . \|$ _____ | | |
| | (2) Additional 3% tax (not more than $100,000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \|$ _____ | | |
| | c Income tax on the amount on line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 35c | |
| 36 | Trusts Taxable at Trust Rates. See instructions for tax computation. Income tax on the amount | | |
| | on line 34 from:   ☐ Tax rate schedule or   ☐ Schedule D (Form 1041) . . . . . . . . . . . . . . . . . . . . . . . ► | 36 | |
| 37 | Proxy tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 37 | |
| 38 | Alternative minimum tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Total. Add lines 37 and 38 to line 35c or 36, whichever applies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |

## Part IV  Tax and Payments

| | | | | |
|---|---|---|---|---|
| 40 a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) . . . . | 40 a | | |
| | b Other credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 b | | |
| | c General business credit. Check here and indicate which forms are attached: | | | |
| | ☐ Form 3800    ☐ Form(s) (specify) ► _____ | 40 c | | |
| | d Credit for prior year minimum tax (attach Form 8801 or 8827) . . . . . . . . . . . . . . . | 40 d | | |
| | e Total credits. Add lines 40a through 40d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 e | |
| 41 | Subtract line 40e from line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | Other taxes. Check if from:   ☐ Form 4255   ☐ Form 8611 . .  ☐ Form 8697   ☐ Form 8866 | | |
| | ☐ Other (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | |
| 43 | Total tax. Add lines 41 and 42 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | 0 . |
| 44 a | Payments:   A 2005 overpayment credited to 2006 . . . . . . . . . . . . . . . . . . . . . . | 44 a | | |
| | b 2006 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 b | | |
| | c Tax deposited with Form 8868 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 c | | |
| | d Foreign organizations: Tax paid or withheld at source (see instructions) . . . . . . . . | 44 d | | |
| | e Backup withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 e | | |
| | f Credit for federal telephone excise tax paid (attach Form 8913) . . . . . . . . . . . . . . . | 44 f | 149,693. | |
| | g Other credits and payments:   ☐ Form 2439 _____ | | | |
| | ☐ Form 4136 _____   ☐ Other _____ Total . . . ► | 44 g | | |
| 45 | Total payments. Add lines 44a through 44g . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | 149,693. |
| 46 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . . . . . . . . ► ☐ | 46 | |
| 47 | Tax due. If line 45 is less than the total of lines 43 and 46, enter amount owed . . . . . . . . . . . . . . . . . . . . . ► | 47 | |
| 48 | Overpayment. If line 45 is larger than the total of lines 43 and 46, enter amount overpaid . . . . . . . . . . . . . ► | 48 | 149,693. |
| 49 | Enter the amount of line 48 you want: Credited to 2006 estimated tax ► _____ 0 . \| Refunded ► | 49 | 149,693. |

## Part V  Statements Regarding Certain Activities and Other Information (see instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | At any time during the 2006 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If YES, the organization may have to file Form TD F 90-22.1 If YES, enter the name of the foreign country here ► _____ | | |
| 2 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? . . If YES, see the instructions for other forms the organization may have to file. | | |
| 3 | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ _____ | | |

## Schedule A — Cost of Goods Sold. Enter method of inventory valuation ► _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . | 1 | | 6 | Inventory at end of year . . . . . . . | 6 | | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | 7 | Cost of goods sold. Subtract line 6 from line 5. Enter here and in Part I, line 2 . . . . . . . . . . . | 7 | | |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | | | | | |
| 4 a | Additional section 263A costs (attach schedule) | | | | | | | |
| | | 4 a | | | | | Yes | No |
| | b Other costs (attach sch) . . . . . . . . . . . . | 4 b | | 8 | Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 5 | Total. Add lines 1 through 4b . . . . . . . . . . | 5 | | | | | | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | ► _signature_   1/11/08   ► _title_ | May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No | |
| | Signature of officer     Date        Title | | |

| Paid Pre-parer's Use Only | Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► | | EIN | |
| | | | Phone no. | |

Form 990-T (2006)   Watchtower Bible and Tract Society of New York, Inc.   11-1753577   Page 3

## Schedule C — Rent Income (From Real Property and Personal Property Leased With Real Property) (see instructions)

**1 Description of property**

(1)
(2)
(3)
(4)

| | 2 Rent received or accrued | | 3 Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | | Total | |

**Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A). ►

**Total deductions.** Enter here and on page 1, Part I, line 6, column (B). ►

## Schedule E — Unrelated Debt-Financed Income (see instructions)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach sch) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |

Totals .......................... ►

Enter here and on page 1, Part I, line 7, column (A).   Enter here and on page 1, Part I, line 7, column (B).

Total dividends-received deductions included in column 8.......................... ►

## Schedule F — Interest, Annuities, Royalties, and Rents from Controlled Organizations (see instructions)

**Exempt Controlled Organizations**

| 1 Name of Controlled Organization | 2 Employer Identification Number | 3 Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column 4 that is included in the controlling organization's gross income | 6 Deductions directly connected with income in column 5 |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7 Taxable Income | 8 Net unrelated income (loss) (see instructions) | 9 Total of specified payments made | 10 Part of column 9 that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |

| | | | Add columns 5 and 10. Enter here and on page 1, Part I, line 8, column (A). | Add columns 6 and 11. Enter here and on page 1, part I, line 8, column (B). |
|---|---|---|---|---|
| Totals........................... | | | | |

## Schedule G — Investment Income of a Section 501(c)(7), (9), or (17) Organization (see instructions)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (column 3 plus column 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| Totals ............. ▶ | Enter here and on page 1, Part I, line 9, column (A). | | | Enter here and on page 1, Part I, line 9, column (B). |

## Schedule I — Exploited Exempt Activity Income, Other Than Advertising Income (see instructions)

| 1 Description of exploited activity | 2 Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4 Net income (loss) from unrelated trade or business (column 2 minus column 3). If a gain, compute columns 5 through 7. | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7 Excess exempt expenses (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals ............. ▶ | Enter here and on page 1, Part I, line 10, column (A). | Enter here and on page 1, Part I, line 10, column (B). | | | | Enter here and on page 1, Part II, line 26. |

## Schedule J — Advertising Income (See instructions.)

### Part I    Income From Periodicals Reported on a Consolidated Basis

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (column 2 minus column 3). If a gain, compute columns 5 through 7. | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals (carry to Part II, line (5)) ..... ▶ | | | | | | |

### Part II    Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.)

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) | 5 Circulation income | 6 Readership costs | 7 Excess readership costs |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| (5) Totals from Part I ............... | | | | | | |
| Totals, Part II (lines 1-5) .......... ▶ | Enter here and on page 1, Part I, line 11, column (A). | Enter here and on page 1, Part I, line 11, column (B). | | | | Enter here and on page 1, Part II, line 27. |

## Schedule K — Compensation of Officers, Directors, and Trustees (see instructions)

| 1 Name | 2 Title | 3 Percent of time devoted to business | 4 Compensation attributable to unrelated business |
|---|---|---|---|
| | | % | |
| | | % | |
| | | % | |
| | | % | |
| Total. Enter here and on page 1, Part II, line 14 ................................................. ▶ | | | |

Form **8913**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-2051

## Credit for Federal Telephone Excise Tax Paid

► See the separate instructions.

► Attach to your income tax return.

**2006**

Attachment
Sequence No. 63

Name(s) shown on your income tax return

Watchtower Bible and Tract Society of New York, Inc.

Identifying number

11-1753577

Enter the federal telephone excise tax billed during each period as listed in column (a) of lines 1-14 below.

By filing this form, you are certifying that you (1) have not received from your service provider a credit or refund of the tax paid on long distance service or bundled service billed after February 28, 2003, and before August 1, 2006, and (2) will not ask your provider for a credit or refund or have withdrawn any request submitted to the provider for a credit or refund.

Caution. See the instructions for explanations of the services that qualify for a credit or refund of the federal telephone excise tax.

### Amount of federal excise tax on long distance or bundled service only

| | (a) Bills dated during: | (b) Long distance service | (c) Bundled service | (d) Tax credit or refund (add columns (b) and (c)) | (e) Interest (see instructions) |
|---|---|---|---|---|---|
| 1 | March, April, and May 2003 | $ | $ 8,069. | $ 8,069. | $ 2,360. |
| 2 | June, July, and August 2003 | | 9,439. | 9,439. | 2,648. |
| 3 | September, October, and November 2003 | | 10,300. | 10,300. | 2,791. |
| 4 | December 2003; January and February 2004 | | 8,048. | 8,048. | 2,097. |
| 5 | March, April, and May 2004 | | 8,405. | 8,405. | 2,093. |
| 6 | June, July, and August 2004 | | 8,619. | 8,619. | 2,056. |
| 7 | September, October, and November 2004 | | 9,088. | 9,088. | 2,055. |
| 8 | December 2004; January and February 2005 | | 9,500. | 9,500. | 2,026. |
| 9 | March, April, and May 2005 | | 9,531. | 9,531. | 1,888. |
| 10 | June, July, and August 2005 | | 11,442. | 11,442. | 2,083. |
| 11 | September, October, and November 2005 | | 9,784. | 9,784. | 1,608. |
| 12 | December 2005; January and February 2006 | | 8,865. | 8,865. | 1,307. |
| 13 | March, April, and May 2006 | | 8,584. | 8,584. | 1,109. |
| 14 | June and July 2006 | | 3,513. | 3,513. | 385. |
| 15 | Add lines 1 - 14 in columns (d) and (e) | | | $ 123,187. | $ 26,506. |
| 16 | Total credit or refund requested. Add columns (d) and (e) on line 15. Enter here and on Form 1040, line 71; Form 1040A, line 42; Form 1040EZ, line 9; Form 1040EZ-T, line 1a; Form 1040NR, line 69; Form 1040NR-EZ, line 21; Form 1120, line 32g; Form 1120-A, line 28g; Form 1120S, line 23d; Form 1041, line 24f; Form 1041-N, line 17; Form 1065, line 23; Form 990-T, line 44f; or the proper line of other returns ► | | | | $ 149,693. |

BAA For Paperwork Reduction Act Notice, see the instructions.

Form 8913 (2006)

# CHARTER

## WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

A Not-for-Profit Corporation
(As Amended Through September 2003)

AMENDED

CERTIFICATE OF INCORPORATION

OF

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

(Under Section 402 of the Not-for-Profit Corporation Law)[*]

FIRST:   The name of the corporation is WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

SECOND:   The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law and is a Type B corporation as defined in Section 201 of the Not-for-Profit Corporation Law. The purposes of the corporation are religious, educational, and charitable and are specifically to: act as a legal entity for the religious body of Christian persons in the United States known as Jehovah's Witnesses; support the efforts of Jehovah's Witnesses to preach and teach the gospel of God's Kingdom under Christ Jesus as a witness to the name, Word, and supremacy of Almighty God, JEHOVAH (Matthew 24:14; 28:19, 20; Psalm 83:18; Isaiah 43:10-12); print, record by any means and in any medium, and otherwise produce, and distribute Bibles in any medium; disseminate Bible truths in various languages; write, record by any means and in any medium, and otherwise create, publish, and distribute literature in various languages containing information and comment explaining Bible truths and prophecy concerning the establishment of Jehovah's Kingdom under Christ Jesus (2 Timothy 3:16, 17); write, record by any means and in any medium, and otherwise create, publish, and distribute music, art, and other intellectual property of a religious or educational nature in any medium; instruct and educate men, women, and children about the Bible and incidental scientific, historical, and literary subjects and to own and/or operate schools to advance such purpose; improve men, women, and children intellectually and morally by education based on Christian principles and to own and/or operate schools to advance such purpose; establish and operate private Bible schools, and ancillary facilities to house and care for the students at such schools, and classes for instructing men and women about the Bible,

[*] Date of original incorporation: March 4, 1909.

1

2

Bible literature, and Bible history; arrange for and hold assemblies for religious worship (Leviticus 23); maintain one or more religious orders of special ministers of Jehovah's Witnesses (2 Kings 2:3, 5; 6:1); provide humanitarian assistance to persons suffering from natural or man-made disasters and in other times of need; acquire (including by gift, inheritance, and bequest), own, and utilize any interest in real and personal property; and do any and all other lawful things that its Board of Directors, in accordance with the spiritual direction of the ecclesiastical Governing Body of Jehovah's Witnesses, shall deem appropriate in harmony with these purposes.

THIRD:   The corporation shall have no capital stock. The corporation shall have members. The number of members, members' qualifications, the manner of electing members, and other matters pertaining to members shall be as provided in the bylaws.

FOURTH:   The county location, within this state, in which the office of this corporation is located, is Putnam County.

FIFTH:   This corporation is to exist perpetually.

SIXTH:   The business and affairs of the corporation shall be managed by and under the direction of the Board of Directors. The number of directors (which shall not be less than three), directors' qualifications, the manner of electing directors, and other matters pertaining to directors shall be as provided in the bylaws.

SEVENTH:   The corporation shall have the powers and authority granted by law, specifically including the power to sell, lease, encumber, and otherwise convey interests in its real and personal property and the power to borrow money.

EIGHTH:   No part of the assets, income, or profit of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in ARTICLE SECOND hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any political party or candidate for public office. (John 15:19; 17:16) Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

NINTH:   Upon winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining

assets shall be transferred to the Watch Tower Bible and Tract Society of Pennsylvania. If the Watch Tower Bible and Tract Society of Pennsylvania is not then in existence and a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, then the remaining assets shall be distributed to any organization designated by the Governing Body of Jehovah's Witnesses that is organized and operated exclusively for religious, educational, and/or charitable purposes and is a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

TENTH:   The Secretary of State is hereby designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is Watchtower Bible and Tract Society of New York, Inc., Attention Philip Brumley, 100 Watchtower Drive, Patterson, New York 12563-9204.

4

## CERTIFICATE

I do hereby certify that the within and foregoing printed charter of Watchtower Bible and Tract Society of New York, Inc., has been compared with the current charter and is a true and correct copy of the charter of Watchtower Bible and Tract Society of New York, Inc., on file in the Department of State, State of New York, Albany, New York.

STATE OF NEW YORK }
County of _Putnam_ } ss.:

Before me, the undersigned Notary Public, on this _26th_ day of _February_, 20_09_, personally appeared _Gary N. Breaux_, _Assistant Secretary_ of Watchtower Bible and Tract Society of New York, Inc., the corporation named in the above certificate and the within charter, who, upon oath, did depose and say that he signed the certificate and that the charter is a compared and correct copy of the current charter.

NOTARY PUBLIC

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County
My Commission Expires July 1, 20_10_