# Affidavit of Richard D. Moake

# Exhibit E

**WORLD HEADQUARTERS OF JEHOVAH'S WITNESSES**

25 Columbia Heights, Brooklyn, NY 11201-2483 • Tel. 718 560-5000

HTA:HPF   October 7, 2010   No. 236G

Via E-Mail

Branch Committee
UNITED STATES

    Re:   Ramapo Property

Dear Brothers:

    Thank you for your letter BA:RA October 4, 2010, No. 232, with regard to the Ramapo property. We discussed this at our meeting on October 6, 2010.

    The Governing Body wants you to inform the former owner *as soon as possible* that we do not want to retain the property, and he should make plans to repurchase it from us. Please put him on notice.

                                                         Your brothers,

                                                          Governing Body