IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

|  |  |
|---|---|
| LORTERDAN PROPERTIES AT RAMAPO I, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Defendant. | Civil No.: 11-cv-03656 (CS) (LMS) |

**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S INITIAL DISCLOSURES**

Defendant Watchtower Bible and Tract Society of New York, Inc., Inc., hereby provides pursuant to Fed. R. Civ. P. 26(a)(1), its initial disclosures.

**A. WITNESSES**

1. Richard Moake-100 Watchtower Drive, Patterson, New York 12563
   telephone (845) 306-1000

Subject of information: contract negotiations, contract proposals by each party, contract drafts, purpose of contract provisions, reason for two-year period in contracts, standard due diligence demands in previous Watchtower transactions, consideration of Warwick property, purchase of Warwick property, discussions with Lorterdan attorneys, discussions with Town of Ramapo, litigation against Town of Ramapo, Community Benefit Agreement, decision to have

1

Lorterdan repurchase property, notice to repurchase, Lorterdan's reaction, application by Lorterdan to maintain zoning for repurchase, discussions with Lorterdan attorney, Lorterdan's request for extension of time to repurchase.

2. Robert Pollock-124 Columbia Heights, Brooklyn, New York 11201
   telephone (718) 560-5000

Subject of information: his function regarding property, examination of property, dealings with Town of Ramapo, usual Watchtower procedures for acquiring property, purpose of two-year due diligence period (Design/Build perspective), plans for property, discussions with USBC/GB, discussions with Lorterdan, discussions with realtor, findings regarding property (suitability), decision not to develop, notice to repurchase, Lorterdan's reaction to notice.

3. Daniel Rice-900 Red Mills Road, Wallkill, New York 12589
   telephone (845) 744-6000

Subjects of information: his (RPD) function, property search and purpose, property requirements, direction on search, discussions with realtor, discussions with Lorterdan, discussions regarding other properties, standard Watchtower procedure for property acquisition, inspections of Ramapo property, decision to issue notice to repurchase, delivery of notice, Lorterdan reaction.

4. Robert Jackson (Lorterdan)

Subject of information: property history, attempts to sell, financing of property, discussions with banks holding liens, amount owed/paid to banks, contract negotiations, contract provisions, due diligence period, membership of LLC, discussions with LLC members regarding sale, memoranda/letters/e-mails/notes relating to LLC meetings, tax consequences of sale and contracts, discussions with Town of Ramapo, applications to Town of Ramapo before and after sale, assistance to Watchtower before/after sale, notice to repurchase, Lorterdan's reaction, Mandelbaum e-mails, application by Lorterdan to maintain zoning for repurchase, discussions

with Lorterdan attorney, discussions with Town of Ramapo, Lorterdan's request for extension of time to repurchase.

5. Barry Mandelbaum, Esq. (Lorterdan attorney)
   Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C.
   155 Prospect Avenue, West Orange, New Jersey 07052
   telephone (973) 736- 4600

Subject of information: property history, attempts to sell, financing of property, discussions with banks holding liens, amount owed/paid to banks, contract negotiations, contract provisions, due diligence period, membership of LLC, discussions with LLC members regarding sale, memoranda/letters/e-mails/notes relating to LLC meetings, tax consequences of sale and contracts, discussions with Town of Ramapo, applications to Town of Ramapo before and after sale, assistance to Watchtower before/after sale, notice to repurchase, Lorterdan's reaction, Mandelbaum e-mails, application by Lorterdan to maintain zoning for repurchase, discussions with Lorterdan, discussions with Town of Ramapo, Lorterdan's request for extension of time to repurchase.

6. Craig Alexander, Esq. (Lorterdan attorney)
   (Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C.)

Subject of Information:  property history, attempts to sell, financing of property, discussions with banks holding liens, amount owed/paid to banks, contract negotiations, contract provisions, due diligence period, membership of LLC, discussions with LLC members regarding sale, memoranda/letters/e-mails/notes relating to LLC meetings, tax consequences of sale and contracts, discussions with Town of Ramapo, applications to Town of Ramapo before and after sale, assistance to Watchtower before/after sale, notice to repurchase, Lorterdan's reaction, Mandelbaum e-mails, application by Lorterdan to maintain zoning for repurchase, discussions with Lorterdan, discussions with Town of Ramapo, Lorterdan's request for extension of time to repurchase.

7. <u>David J. Gold (Licensed Real Estate Broker)</u>
   2 Windward Lane, Wesley Hills, New York 10952
   telephone (845) 354-2060

Subject of Information: discussions with Lorterdan regarding listing of property, time property listed, offers, examination of property, contact with Watchtower, sale negotiations, understanding of offers and counter-offers, understanding of reason for two-year period, understanding of Watchtower requirements, Watchtower purchase of Warwick property.

8. <u>Michael Klein (Ramapo Town Attorney)</u>
   Town of Ramapo
   237 Route 59, Suffern, New York 10901
   telephone (845) 357-5100

Subject of information: dealings with Lorterdan on this property before and after the sale to Watchtower, zoning applications by Lorterdan, filings regarding this property before and after the sale to Watchtower, litigation with Watchtower, Community Benefit Agreement, repurchase by Lorterdan, dealings with Lorterdan's attorneys, dealings with Watchtower attorneys.

9. <u>Alan Berman (Assistant Ramapo Town Attorney)</u>
   Town of Ramapo
   237 Route 59, Suffern, New York 10901
   telephone (845) 357-5100)

Subject of information: dealings with Lorterdan on this property before and after the sale to Watchtower, zoning applications by Lorterdan, filings regarding this property before and after the sale to Watchtower, litigation with Watchtower, Community Benefit Agreement, repurchase by Lorterdan, dealings with Lorterdan's attorneys, dealings with Watchtower attorneys.

10. <u>Scott Shedler (Ramapo Town Assessor)</u>
    Town of Ramapo
    237 Route 59, Suffern, New York 10901
    telephone (845) 357-5100

Subject of information: dealings with Lorterdan on this property before and after the sale to Watchtower, tax applications by Lorterdan and Watchtower, filings regarding this property

before and after the sale to Watchtower, litigation with Watchtower, Community Benefit Agreement, repurchase by Lorterdan, dealings with Lorterdan's attorneys, dealings with Watchtower attorneys.

11. Lorterdan L.L.C. Members (Foun-Chung Fan; Wei Ling Fan and any others)

Subject of information:  property history, attempts to sell, financing of property, discussions with banks holding liens, amount owed/paid to banks, contract negotiations, contract provisions, due diligence period, membership of LLC, discussions with LLC members regarding sale, memoranda/letters/e-mails/notes relating to LLC meetings, tax consequences of sale and contracts, discussions with Town of Ramapo, applications to Town of Ramapo before and after sale, assistance to Watchtower before/after sale, notice to repurchase, Lorterdan's reaction, Mandelbaum e-mails, application by Lorterdan to maintain zoning for repurchase, discussions with Lorterdan attorney, discussions with Town of Ramapo, Lorterdan's request for extension of time to repurchase.

12. Whiteman, Osterman & Hanna
    1 Commerce Plaza, Albany, New York 12260
    telephone (518) 487-7743  [David Everett, Daniel Ruzow]

Subject of information:  land use issues regarding property, discussions with Town of Ramapo, assistance to Watchtower regarding filings for property, discussions with Lorterdan, applications to Town of Ramapo.

13. Leon Weaver, Jr. (Officer of Watchtower)
    100 Watchtower Drive, Patterson, New York 12563

Subject of Information:  property search, intended use of property, requirements for property, direction on search, discussions with RPD/Design-Build, discussions regarding other properties, standard Watchtower procedure for property acquisition, inspections of Ramapo

property, intention of contract, purchase of Warwick property, decision to issue notice to repurchase to Lorterdan.

    14. Lon Schilling(Officer of Watchtower)
        900 Red Mills Road, Wallkill, New York 12589
        telephone (845) 744-6000

Subject of Information:  property search, intended use of property, requirements for property, direction on search, discussions with RPD/Design-Build, discussions regarding other properties, standard Watchtower procedure for property acquisition, inspections of Ramapo property, intention of contract, purchase of Warwick property, decision to issue notice to repurchase to Lorterdan.

    15. Corbally Gartland and Rappleyea, L.L.P. (Attorneys for TD Bank)
        Bardavon Building
        35 Market Street, Poughkeepsie, New York 12601
        telephone (845) 454-1110

Subject of Information:  property history, attempts to sell, financing of property, discussions with Lorterdan about liens on property, amount owed/paid to banks, discussions with Lorterdan regarding the sale to Watchtower, negotiations about the pay-off amounts.

    16. TD Bank

Subject of Information:  property history, attempts to sell, financing of property, discussions with Lorterdan about liens on property, amount owed/paid to banks, discussions with Lorterdan regarding the sale to Watchtower, negotiations about the pay-off amounts.

    17. Montalbano, Condon & Frank, P.C. (Attorneys for Lorterdan and Watchtower)
        67 North Main Street, New City, New York 10956
        telephone (845) 634-7010  [Judith Procopio and others]

Subject of Information:  discussions with Town of Ramapo, tax litigation against Town of Ramapo, Community Benefit Agreement.

    18. Christopher St. Lawrence (Supervisor-Town of Ramapo)
        Town of Ramapo

    237 Route 59, Suffern, New York 10901
    telephone (845) 357-5100

  Subject of Information: dealings with Lorterdan on this property before and after the sale to Watchtower, zoning applications by Lorterdan, filings regarding this property before and after the sale to Watchtower, litigation with Watchtower, Community Benefit Agreement, repurchase by Lorterdan, dealings with Lorterdan's attorneys, dealings with Watchtower attorneys.

### ADDITIONAL INFORMATION

  Defendant reserves the right to supplement this witness list as additional information becomes available during the course of discovery.

### B. DOCUMENTS

  As part of its initial disclosures, Defendant herewith provides Plaintiff with a copy of the following documents. Documents 1 through 25 of Watchtower's Initial Document Disclosures were part of their Motion for Summary Judgment (see Docket Nos. 25, 26, 28, and 29) and Documents 26 through 59 of Watchtower's Initial Document Disclosures were part of Lorterdan Properties' Motion for Summary Judgment (see Docket No. 15). The parties and the Court have all previously been provided these document. Therefore, these documents are not being attached to Watchtower's Initial Disclosures. Watchtower's Initial Disclosure Documents 60 through 162 are attached hereto as Exhibit A. Defendant reserves the right to supplement this list as additional information becomes available during the course of discovery.

|     | **Document** |
| --- | --- |
| 001 | Plaintiff's Amended Complaint & Exhibits |
| 002 | Watchtower's Answer & Counterclaims |
| 003 | Plaintiff's Reply to Watchtower's Counterclaims |

|     | **Document** |
| --- | --- |
| 004 | Watchtower's Renewed Application for Tax Exemption 2/25/11 |
| 005 | Plaintiff's Summons & Complaint 5/9/11 |
| 006 | Watchtower's Notice of Removal |
| 007 | Mandelbaum Salsburg Website |
| 008 | September 10, 2008, Watchtower letter to Lorterdan |
| 009 | September 9, 2008, Watchtower letter to Lorterdan |
| 010 | RP-5217 of 2/27/09 |
| 011 | 10/7/10 Governing Body letter to U.S. Branch Committee |
| 012 | 3/1/11 Procopio e-mail to Moake & attached petition |
| 013 | 3/14/11 Owner's Consent Affidavit |
| 014 | 3/28/11 Mandelbaum letter to Watchtower |
| 015 | Notice of 4/5/11 Ramapo Planning Board meeting |
| 016 | 4/20/11 Ramapo Denial of Tax Exemption to Watchtower |
| 017 | 4/28/11 Ramapo notice to Watchtower of change of tax status |
| 018 | 4/29/11 E-mails between Moake & Mandelbaum |
| 019 | Ramapo request for status of repurchase by Lorterdan |
| 020 | 6/9/11 letter Watchtower to Ramapo Board of Assessment Review |
| 021 | 5/6/11 letter Watchtower to Lorterdan |
| 022 | 2/27/09 Closing Statement |
| 023 | 4/26/09 Telememo re Moake/Shedler conversation |

|     | **Document** |
| --- | --- |
| 024 | 12/20/09 Note by R. Jackson to D. Rice (with Owner's Consent Affidavit attached) |
| 025 | 2/26/09 letter Corbally, Gartland & Rappleyea to Mandelbaum |
| 026 | Purchase & Sale Agreement of 1/23/09 |
| 027 | Consulting Agreement of 2/27/09 |
| 028 | Repurchase Agreement of 2/27/09 |
| 029 | 11/1/10 letter Watchtower to Lorterdan |
| 030 | 2/27/09 Watchtower Tax Exemption Application |
| 031 | Map of Property |
| 032 | 2/2/09 CDRC Notification Form & Attachments |
| 033 | Short Environmental Assessment Form |
| 034 | Watchtower Narrative of Proposed Alternate Use |
| 035 | 3/2/09 letter Ramapo to Whiteman, Osterman |
| 036 | Notes re 2/5/09 Plan |
| 037 | 3/13/09 e-mail Pollack to Berman with attachment |
| 038 | Notes re 3/24/09 meeting with Ramapo |
| 039 | 3/09 Petition to Amend Zoning |
| 040 | 4/13/09 Watchtower Proposed Zoning Amendment |
| 041 | 2009 Complaint on Real Property Assessment |
| 042 | 7/29/09 Petition against Ramapo |
| 043 | 8/14/09 e-mail Pollack to Lorterdan |
| 044 | Community Benefit Agreement |

|     | **Document** |
| --- | --- |
| 045 | Receipt report of Ramapo |
| 046 | 9/21/10 Watchtower check to Ramapo |
| 047 | 10/29/09 Stipulation between Watchtower & Ramapo |
| 048 | 2/2/10 Supreme Court Order |
| 049 | 2/23/10 letter Ramapo to Montalbano |
| 050 | 2/25/10 Tax Exemption Renewal Application |
| 051 | 5/1/10 letter Ramapo to Watchtower |
| 052 | 2/25/11 Tax Exemption Renewal Application |
| 053 | 4/20/11 letter Ramapo to Watchtower |
| 054 | 2011 Complaint on Real Property Assessment |
| 055 | 5/1/09 letter Ramapo to Watchtower |
| 056 | 6/29/09 Exemption Denial |
| 057 | 6/30/09 e-mail Montalbano to Ramapo attorney |
| 058 | 6/10/09 Ramapo Resolution |
| 059 | Jackson Affidavit in Support of Lorterdan's summary judgment motion |
| 060 | 3/20/10 e-mail Procopio to Pollock |
| 061 | 7/15/09 Governing Body letter to U.S. Branch Committee |
| 062 | 8/17/09 Ramapo Answer in litigation by Watchtower |
| 063 | 10/24/08 Governing Body letter to U.S. Branch Committee |
| 064 | 12/11/08 Governing Body letter to U.S. Branch Committee |
| 065 | Proposed Terms of Purchase 155 Sterling Mine Road |

|     | **Document** |
| --- | --- |
| 066 | 1/15/09 U.S. Branch Committee letter to Governing Body |
| 067 | 6/12/09 U.S. Branch Committee letter to Governing Body |
| 068 | 6/18/09 Governing Body letter to U.S. Branch Committee |
| 069 | 8/27/09 Governing Body letter to U.S. Branch Committee |
| 070 | 11/5/09 U.S. Branch Committee letter to Governing Body |
| 071 | 11/11/09 Governing Body letter to U.S. Branch Committee |
| 072 | 11/20/09 Legal Department memo to U.S. Branch Committee |
| 073 | 1/12/10 U.S. Branch Committee letter to Governing Body |
| 074 | 4/6/10 U.S. Branch Committee letter to Governing Body |
| 075 | 6/10/10 U.S. Branch Committee letter to Governing Body |
| 076 | 9/9/10 Governing Body letter to U.S. Branch Committee |
| 077 | 10/4/10 U.S. Branch Committee letter to Governing Body |
| 078 | 10/7/10 Governing Body letter to U.S. Branch Committee |
| 079 | 1/25/11 U.S. Branch Committee letter to Governing Body |
| 080 | 11/3/10 U.S. Branch Committee letter to Governing Body |
| 081 | 5/6/11 Watchtower letter to Lorterdan |
| 082 | 4/6/11 U.S. Branch Committee letter to Governing Body<br>U.S. Branch Committee forwarding copy of letter to Legal Department for Handling<br>Enclosure: 4/5/11 Draft Moake to Mandelbaum<br>e-mail: U.S. Branch committee regarding letter approval |
| 083 | 4/29/11 e-mails Richard Moake & Barry Mandelbaum |
| 084 | 6/2/09 Property Search Group Meeting Minutes |
| 085 | 5/12/09 Property Search Group Meeting Minutes |

|     | **Document** |
|-----|------|
| 086 | 2/13/09 Property Search Group Meeting Minutes |
| 087 | 6/12/09 U.S. Branch Committee letter to Governing Body |
| 088 | 8/26/09 U.S. Branch Committee letter to Governing Body |
| 089 | 7/10/09 U.S. Branch Committee letter to Governing Body |
| 090 | 8/26/09 Daniel Rice memo to U.S. Branch Committee |
| 091 | 2/11/09 Draft "Statement on Watchtower Property Search" |
| 092 | 2/18/09 Property Search Update |
| 093 | 7/24/09 U.S. Branch Committee letter to Governing Body |
| 094 | 9/29/09 U.S. Branch Committee letter to Governing Body |
| 095 | 1/21/09 Governing Body letter to U.S. Branch Committee |
| 096 | 6/4/09 Governing Body letter to U.S. Branch Committee |
| 097 | 8/19/09 Governing Body letter to U.S. Branch Committee |
| 098 | 2/10/09 U.S. Branch Committee letter to Governing Body |
| 099 | 2/17/09 Draft U.S. Branch Committee letter to Governing Body |
| 100 | 2/24/09 U.S. Branch Committee letter to Governing Body |
| 101 | 3/2/09 Draft U.S. Branch Committee letter to Governing Body |
| 102 | 3/17/09 U.S. Branch Committee letter to Governing Body |
| 103 | 3/31/09 U.S. Branch Committee letter to Governing Body |
| 104 | 4/7/09 U.S. Branch Committee letter to Governing Body |
| 105 | 4/14/09 Draft U.S. Branch Committee letter to Governing Body |

|  | **Document** |
|---|---|
| 106 | 4/16/09 U.S. Branch Committee letter to Governing Body |
| 107 | 4/21/09 U.S. Branch Committee letter to Governing Body |
| 108 | 4/28/09 U.S. Branch Committee letter to Governing Body |
| 109 | 5/7/09 U.S. Branch Committee letter to Governing Body |
| 110 | 5/13/09 U.S. Branch Committee letter to Governing Body |
| 111 | 5/27/09 U.S. Branch Committee letter to Governing Body |
| 112 | 6/4/09 U.S. Branch Committee letter to Governing Body |
| 113 | 6/10/09 U.S. Branch Committee letter to Governing Body |
| 114 | 6/18/09 U.S. Branch Committee letter to Governing body |
| 115 | 6/23/09 U.S. Branch Committee letter to Governing Body |
| 116 | 6/25/09 U.S. Branch Committee letter to Governing Body |
| 117 | 6/30/09 U.S. Branch Committee letter to Governing Body |
| 118 | 7/1/09 U.S. Branch Committee letter to Governing Body |
| 119 | 7/7/09 U.S. Branch Committee letter to Governing Body |
| 120 | 7/16/09 U.S. Branch Committee letter to Governing Body |
| 121 | 7/17/09 U.S. Branch Committee letter to Governing Body |
| 122 | 8/5/09 U.S. Branch Committee letter to Governing Body |
| 123 | 8/11/09 U.S. Branch Committee letter to Governing Body |
| 124 | 8/18/09 U.S. Branch Committee letter to Governing Body |
| 125 | 9/15/09 U.S. Branch Committee letter to Governing Body |
| 126 | 12/2/09 U.S. Branch Committee letter to Governing Body |
| 127 | 7/31/09 U.S. Branch Committee letter to Publishing Committee |
| 128 | 3/30/05 Dan Rice memo to U.S. Branch Committee |

|     | **Document** |
| --- | --- |
| 129 | 1/18/06 Dan Rice memo to U.S. Branch Committee |
| 130 | 1/25/06 Dan Rice memo to U.S. Branch Committee |
| 131 | 2/21/06 Dan Rice memo to U.S. Branch Committee |
| 132 | 3/22/07 Dan Rice memo to U.S. Branch Committee |
| 133 | 9/10/08 Daniel J. Rice letter to Lorterdan Properties |
| 134 | 9/9/08 Watchtower letter to Lorterdan Properties |
| 135 | 11/20/08 Governing Body letter to U.S. Branch Committee |
| 136 | 2/11/09 Governing Body letter to U.S. Branch Committee |
| 137 | 7/22/09 Governing Body letter to U.S. Branch Committee |
| 138 | 8/4/09 Publishing Committee letter to U.S. Branch Committee |
| 139 | 9/22/08 Property Search Group Meeting Minutes |
| 140 | 1/26/09 Property Search Group Meeting Minutes |
| 141 | 10/12/05 Planning Board Decision (filed 10/14/05) |
| 142 | 3/27-28/09 E-mails between Moake, Rice & Pollock |
| 143 | 3/26/09 Carl S. Wright letter to Moake |
| 144 | Undated Notes on Lorterdan Property |
| 145 | 10/9/09 Pollock memo to U.S. Branch Committee |
| 146 | 10/2/08 Lorterdan letter to Watchtower |
| 147 | 5/4/11 U.S. Branch Committee letter to Governing Body |
| 148 | 4/26/11 U.S. Branch Committee letter to Governing Body |
| 149 | 8/18/09 U.S. Branch Committee letter to Governing Body |
| 150 | 8/4/09 Lon Schilling letter to U.S. Branch Committee |
| 151 | 7/2009 e-mails Kris Van Tassel, Moake, Pollock |

|     | **Document** |
| --- | --- |
| 152 | 6/2009 e-mails Robert Jackson, Pollock |
| 153 | 3/2009 e-mails Pollock, Rice, David Everett |
| 154 | 4/7/11 Watchtower letter to Mandelbaum |
| 155 | 3/2-4/2010 e-mails Pollock, Procopio |
| 156 | 2/25/09 Gartland letter to Mandelbaum |
| 157 | 8/27/08 Draft marked "From Rice 9/3/08" with comments, Watchtower to Lorterdan |
| 158 | 8/27/08 Draft marked "Draft LOI w/Rice's comments," Watchtower to Lorterdan |
| 159 | 2/27/09 Consent of Members (signed by Robert Jackson, Foun-Chung Fan, M.D., Wen Ling Fan) |
| 160 | 2/27/09 Warranty Deed Lorterdan to Watchtower |
| 161 | 2/27/09 David J. Gold Invoice |
| 162 | 12/12/08 e-mail Rice to Moake, Brumley with attached draft Proposed Terms of Purchase |

## C.  DAMAGES

The items of damages claimed by Watchtower are as follows:

i) $11,500,000.00-Breach of Contract-failure to repurchase the property that is the subject of this lawsuit.

ii) Interest of 9% per annum from the date of breach of contract, or May 1, 2011 (six months after notice to repurchase was delivered to Lorterdan) pursuant to Paragraph 2.1 of the parties' Repurchase Agreement dated February 27, 2009. (Approximately $1,552,500.00 to date)

iii) Attorneys' fees-pursuant to Paragraph 2.1 of the parties' Repurchase Agreement dated February 27, 2009. (To be determined)

iv) Costs of this litigation- pursuant to Paragraph 2.1 of the parties' Repurchase Agreement dated February 27, 2009. (To be determined)

v) Payments made by Watchtower to the Town of Ramapo for taxes and pursuant to the Community Benefit Agreement since Lorterdan's breach of contract. To date, this is in the amount of $500,000.00

### D.  INSURANCE

Not applicable.

Respectfully submitted,

s/ Francis J. McNamara
Francis J. McNamara
Calvin A. Rouse
Associate General Counsel
Legal Department
Watchtower Bible and Tract
 Society of New York, Inc.
100 Watchtower Drive
Patterson, NY  12563
Telephone:  (845) 306-1000
Facsimile:  (845) 306-0709
fjm3law@gmail.com
crouse@jw.org

For Defendant Watchtower Bible and Tract Society of New York, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

I hereby certify that on the 23rd day of October, 2012, I electronically served the following documents:

1. Watchtower Bible and Tract Society of New York, Inc.'s Initial Disclosures.

on Cuddy and Feder at following email address: JGrauer@cuddyfeder.com.

At Patterson, New York, October 23, 2012.

>s/ Francis J. McNamara
>Francis J. McNamara
>Associate General Counsel
>Legal Department
>Watchtower Bible and Tract
> Society of New York, Inc.
>100 Watchtower Drive
>Patterson, NY  12563
>Telephone:  (845) 306-1000
>Facsimile:  (845) 306-0709
>fjm3law@gmail.com
>
>For Defendant Watchtower Bible and Tract Society of New York, Inc.