```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---

LORTERDAN PROPERTIES AT
RAMAPO I, LLC

        Plaintiff,

vs.

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.

        Defendant.

Civil Action No.  11-cv-3656 (CS) (LMS)

**STIPULATION OF DISMISSAL WITH
PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Lorterdan Properties at Ramapo I, LLC and Defendant, Watchtower Bible and Tract Society of New York, Inc., by and through their respective undersigned counsel, that any and all claims and counterclaims asserted by any party in the above-captioned action be and same hereby are **DISMISSED WITH PREJUDICE**, and without costs to any party.

Dated: White Plains, New York
       March 29, 2013

| | |
|---|---|
| **Cuddy & Feder LLP** | **Watchtower Bible and Tract Society of New York, Inc. Legal Department** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| Jordan Brooks, Esq. | Francis J. McNamara, Esq. |
| 445 Hamilton Avenue, 14th Floor | 100 Watchtower Drive |
| White Plains, New York 10601 | Patterson, New York 12563 |
| (914) 761-1300 | (845) 306-1000 |

SO ORDERED:

_____
USDJ Cathy Seibel

4/5/13
Date

The Clerk shall close the case.

C&F: 2117095.1